# JP Morgan Chase Bank Statement from November 1, 2025, through November 28, 2025

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2025 through November 28, 2025

Account Number:                 ⌐0278



00366767 DRE 111 211 33325 NNNNNNNNNNN  1 000000000 64 0000
C & P AUTO SERVICE CENTER, INC.
20700 CATON FARM RD
CREST HILL IL 60403-1202

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking<sup>SM</sup>, Business Total Savings<sup>SM</sup> and Premier Savings<sup>SM</sup>:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.



November 01, 2025 through November 28, 2025

Account Number:                    20278

## CHECKING SUMMARY

Chase Business Complete Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,770.49** |
| Deposits and Additions | 41 | 41,277.05 |
| Checks Paid | 31 | -15,366.11 |
| ATM & Debit Card Withdrawals | 102 | -11,716.55 |
| Electronic Withdrawals | 1 | -125.92 |
| Other Withdrawals | 1 | -1,500.00 |
| Fees | 3 | -41.80 |
| **Ending Balance** | **179** | **$14,297.16** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $4,184.73.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink$^®$ Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/03 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000284637601 Eed:251103  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3074637601Tc | CO Entry | $1,658.03 |
| 11/03 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000282533120 Eed:251103  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3072533120Tc | CO Entry | 756.21 |
| 11/04 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000284490813 Eed:251104  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3084490813Tc | CO Entry | 1,409.52 |
| 11/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000281554956 Eed:251105  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3091554956Tc | CO Entry | 3,798.15 |
| 11/06 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000284573975 Eed:251106  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3104573975Tc | CO Entry | 1,763.80 |
| 11/07 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000288404564 Eed:251107  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3118404564Tc | CO Entry | 1,891.61 |
| 11/10 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000281996432 Eed:251110  Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3141996432Tc | CO Entry | 1,131.53 |



November 01, 2025 through November 28, 2025

Account Number: **0278**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/10 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000285018745 Eed:251110   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3145018745Tc | CO Entry | 312.13 |
| 11/12 | ATM Check Deposit       11/12 399 S Weber Rd Romeoville IL Card 5059 | | 1,120.78 |
| 11/12 | Card Purchase Return   11/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 296.98 |
| 11/12 | Card Purchase Return   11/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 78.71 |
| 11/12 | Card Purchase Return   11/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 16.85 |
| 11/12 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000285554847 Eed:251112   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3165554847Tc | CO Entry | 3,438.87 |
| 11/12 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000283290360 Eed:251112   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3163290360Tc | CO Entry | 540.88 |
| 11/13 | Card Purchase Return   11/12 O'Reilly 6763 Crest Hill IL Card 5059 | | 79.29 |
| 11/13 | Card Purchase Return   11/12 O'Reilly 6763 Crest Hill IL Card 5059 | | 41.32 |
| 11/13 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000286370099 Eed:251113   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3176370099Tc | CO Entry | 289.43 |
| 11/14 | ATM Check Deposit       11/14 399 S Weber Rd Romeoville IL Card 5059 | | 1,714.23 |
| 11/14 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284525465 Eed:251114   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3184525465Tc | CO Entry | 413.53 |
| 11/17 | Card Purchase Return   11/15 O'Reilly 6763 Crest Hill IL Card 5059 | | 39.99 |
| 11/17 | Card Purchase Return   11/14 O'Reilly 6763 Crest Hill IL Card 5059 | | 31.64 |
| 11/17 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000282884465 Eed:251117   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3212884465Tc | CO Entry | 2,119.38 |
| 11/17 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000286971474 Eed:251117   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3216971474Tc | CO Entry | 260.36 |
| 11/18 | Card Purchase Return   11/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 152.08 |
| 11/18 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000280714873 Eed:251118   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3220714873Tc | CO Entry | 673.91 |
| 11/19 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000286834331 Eed:251119   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3236834331Tc | CO Entry | 1,035.47 |
| 11/20 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284515513 Eed:251120   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3244515513Tc | CO Entry | 1,667.04 |
| 11/21 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000288045901 Eed:251121   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3258045901Tc | CO Entry | 1,441.38 |
| 11/24 | Card Purchase Return   11/22 O'Reilly 6763 Crest Hill IL Card 5059 | | 50.00 |
| 11/24 | Card Purchase Return   11/22 O'Reilly 6763 Crest Hill IL Card 5059 | | 41.94 |
| 11/24 | ATM Check Deposit       11/22 399 S Weber Rd Romeoville IL Card 5059 | | 38.05 |



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 11/24 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000280009733 Eed:251124   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3280009733Tc | CO Entry | 8,286.08 |
| 11/24 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000282486114 Eed:251124   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3282486114Tc | CO Entry | 1,276.32 |
| 11/25 | Card Purchase Return    11/24 O'Reilly 6763 Crest Hill IL Card 5059 | | 56.41 |
| 11/25 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000288433538 Eed:251125   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3298433538Tc | CO Entry | 1,406.34 |
| 11/26 | Card Purchase Return    11/25 O'Reilly 6763 Crest Hill IL Card 5059 | | 179.99 |
| 11/26 | Card Purchase Return    11/25 Amazon Mktplace Pmts Amzn.Com/Bill WA Card 5059 | | 151.43 |
| 11/26 | Card Purchase Return    11/25 O'Reilly 6763 Crest Hill IL Card 5059 | | 14.00 |
| 11/26 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000287463372 Eed:251126   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3307463372Tc | CO Entry | 1,231.28 |
| 11/28 | Card Purchase Return    11/26 O'Reilly 6763 Crest Hill IL Card 5059 | | 11.97 |
| 11/28 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284180469 Eed:251128   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 3324180469Tc | CO Entry | 360.14 |

**Total Deposits and Additions**                                                   **$41,277.05**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 141 ^ | | 11/10 | $170.00 |
| 142 ^ | | 11/10 | 125.00 |
| 143 ^ | | 11/07 | 200.00 |
| 144 ^ | | 11/10 | 690.35 |
| 145 ^ | 11/07 | 11/07 | 671.24 |
| 146 ^ | | 11/12 | 182.00 |
| 147 ^ | | 11/12 | 680.00 |
| 148 ^ | | 11/12 | 182.00 |
| 149 ^ | | 11/13 | 942.37 |
| 150 ^ | | 11/17 | 477.60 |
| 151 ^ | | 11/14 | 104.00 |
| 152 ^ | | 11/17 | 690.35 |
| 153 ^ | 11/14 | 11/14 | 686.43 |
| 154 ^ | | 11/18 | 522.74 |
| 155 ^ | | 11/18 | 79.80 |
| 156 ^ | | 11/20 | 1,375.00 |
| 158 * ^ | | 11/19 | 630.37 |
| 159 ^ | | 11/24 | 203.80 |
| 160 ^ | | 11/19 | 942.37 |
| 161 ^ | | 11/04 | 77.00 |
| 162 ^ | | 11/10 | 228.60 |
| 163 ^ | | 11/05 | 330.00 |
| 165 * ^ | | 11/21 | 196.00 |

# CHASE ⬡

## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 166 ^ | 11/21 | 11/21 | 686.43 |
| 167 ^ | | 11/24 | 690.35 |
| 168 ^ | | 11/24 | 942.37 |
| 169 ^ | | 11/28 | 80.79 |
| 170 ^ | | 11/26 | 910.00 |
| 171 ^ | | 11/28 | 746.72 |
| 172 ^ | | 11/28 | 236.00 |
| 173 ^ | 11/28 | 11/28 | 686.43 |

**Total Checks Paid**                **$15,366.11**



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Card Purchase With Pin  11/05 Shell Service Station Crest Hill IL Card 5059 | $25.16 |
| 11/06 | Card Purchase      11/05 O'Reilly 6763 Crest Hill IL Card 5059 | 47.54 |
| 11/06 | Card Purchase      11/05 O'Reilly 6763 Crest Hill IL Card 5059 | 340.05 |
| 11/06 | Card Purchase      11/05 O'Reilly 4918 Cape Coral FL Card 5059 | 245.99 |
| 11/06 | Card Purchase      11/05 Shell Oil 10090375006 Crest Hill IL Card 5059 | 45.03 |
| 11/07 | Card Purchase      11/06 O'Reilly 6763 Crest Hill IL Card 5059 | 14.03 |
| 11/07 | Card Purchase      11/06 O'Reilly 6763 Crest Hill IL Card 5059 | 21.91 |
| 11/07 | Card Purchase      11/06 O'Reilly 6763 Crest Hill IL Card 5059 | 104.95 |
| 11/07 | Card Purchase      11/06 Sq *Halsted Street Dawg Romeoville IL Card 5059 | 39.03 |
| 11/10 | Card Purchase      11/07 O'Reilly 6763 Crest Hill IL Card 5059 | 11.99 |
| 11/10 | Card Purchase      11/07 O'Reilly 6763 Crest Hill IL Card 5059 | 75.39 |
| 11/10 | Card Purchase      11/07 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 11/10 | Card Purchase      11/08 MI Tierra Burrito Inc Romeoville IL Card 5059 | 71.39 |
| 11/10 | Card Purchase      11/08 O'Reilly 6763 Crest Hill IL Card 5059 | 4.86 |
| 11/10 | Card Purchase      11/08 O'Reilly 6763 Crest Hill IL Card 5059 | 16.63 |
| 11/10 | Card Purchase With Pin  11/08 Costco Whse #1388 Plainfield IL Card 5059 | 230.04 |
| 11/10 | Card Purchase      11/08 O'Reilly 6763 Crest Hill IL Card 5059 | 6.99 |
| 11/10 | Card Purchase With Pin  11/09 Costco Whse #1388 Plainfield IL Card 5059 | 129.33 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 9.17 |
| 11/12 | Card Purchase      11/10 IN *Payroll Processors 847-2888080 IL Card 5059 | 250.00 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 206.95 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 296.98 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 114.21 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 239.30 |
| 11/12 | Card Purchase      11/10 O'Reilly 6763 Crest Hill IL Card 5059 | 329.98 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 12.49 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 61.99 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 12.85 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 122.04 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 44.65 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 56.40 |
| 11/12 | Card Purchase      11/11 O'Reilly 6763 Crest Hill IL Card 5059 | 124.14 |



## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|-------:|
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 41.32 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 213.39 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 222.89 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 76.87 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 109.14 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 11/13 | Card Purchase | 11/12 O'Reilly 6763 Crest Hill IL Card 5059 | 14.18 |
| 11/13 | Card Purchase With Pin | 11/13 Uber * Eats Pending San Francisco CA Card 5059 | 30.07 |
| 11/14 | Card Purchase | 11/13 O'Reilly 6763 Crest Hill IL Card 5059 | 6.99 |
| 11/14 | Card Purchase | 11/13 O'Reilly 6763 Crest Hill IL Card 5059 | 15.96 |
| 11/14 | Card Purchase | 11/13 O'Reilly 6763 Crest Hill IL Card 5059 | 7.05 |
| 11/17 | Card Purchase | 11/14 O'Reilly 6763 Crest Hill IL Card 5059 | 4.52 |
| 11/17 | Card Purchase | 11/15 Amazon Mktpl*B837S52 Amzn.Com/Bill WA Card 5059 | 151.43 |
| 11/17 | Card Purchase | 11/15 O'Reilly 6763 Crest Hill IL Card 5059 | 227.20 |
| 11/17 | Card Purchase | 11/15 O'Reilly 6763 Crest Hill IL Card 5059 | 50.62 |
| 11/17 | Card Purchase | 11/15 O'Reilly 6763 Crest Hill IL Card 5059 | 85.47 |
| 11/17 | Card Purchase | 11/15 O'Reilly 6763 Crest Hill IL Card 5059 | 8.99 |
| 11/17 | Card Purchase With Pin | 11/15 Speedway 43524 Crest Hill IL Card 5059 | 35.01 |
| 11/17 | ATM Withdrawal | 11/15 1660 Plainfield Rd Crest Hill IL Card 5059 | 900.00 |
| 11/17 | Card Purchase | 11/15 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.60 |
| 11/18 | Card Purchase | 11/17 O'Reilly 6763 Crest Hill IL Card 5059 | 49.86 |
| 11/18 | Card Purchase | 11/17 O'Reilly 6763 Crest Hill IL Card 5059 | 152.08 |
| 11/18 | Card Purchase | 11/17 O'Reilly 6763 Crest Hill IL Card 5059 | 152.08 |
| 11/18 | Card Purchase | 11/17 O'Reilly 6763 Crest Hill IL Card 5059 | 58.36 |
| 11/18 | Card Purchase | 11/17 O'Reilly 6763 Crest Hill IL Card 5059 | 30.51 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 12.50 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 10.99 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 64.97 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 94.41 |
| 11/19 | Card Purchase | 11/18 O'Reilly 6763 Crest Hill IL Card 5059 | 23.98 |
| 11/19 | Card Purchase | 11/19 Amazon Mktpl*B01Fh8J Amzn.Com/Bill WA Card 5059 | 32.54 |
| 11/20 | Card Purchase | 11/19 O'Reilly 6763 Crest Hill IL Card 5059 | 41.94 |
| 11/20 | Card Purchase | 11/19 O'Reilly 6763 Crest Hill IL Card 5059 | 13.27 |
| 11/20 | Card Purchase With Pin | 11/20 Shell Service Station Romeoville IL Card 5059 | 10.02 |
| 11/21 | Card Purchase | 11/20 O'Reilly 6763 Crest Hill IL Card 5059 | 162.34 |
| 11/21 | Card Purchase | 11/20 O'Reilly 6763 Crest Hill IL Card 5059 | 5.34 |
| 11/21 | Card Purchase | 11/20 O'Reilly 6763 Crest Hill IL Card 5059 | 11.44 |
| 11/21 | Card Purchase | 11/20 Sunshine Food Mart #5 Romeoville IL Card 5059 | 23.70 |
| 11/21 | Non-Chase ATM Withdraw | 11/21 *Romeoville Romeoville IL Card 5059 | 264.00 |
| 11/24 | Card Purchase | 11/22 Comcast / Xfinity 800-266-2278 IL Card 5059 | 750.00 |
| 11/24 | Card Purchase | 11/22 Comcast Business Mobi 844-963-0206 PA Card 5059 | 713.97 |
| 11/24 | Card Purchase | 11/21 O'Reilly 6763 Crest Hill IL Card 5059 | 11.19 |
| 11/24 | Card Purchase | 11/21 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.23 |
| 11/24 | Card Purchase | 11/22 O'Reilly 6763 Crest Hill IL Card 5059 | 21.41 |
| 11/24 | Card Purchase | 11/22 O'Reilly 6763 Crest Hill IL Card 5059 | 135.80 |
| 11/24 | Card Purchase | 11/22 O'Reilly 6763 Crest Hill IL Card 5059 | 39.95 |
| 11/24 | Card Purchase | 11/22 O'Reilly 6763 Crest Hill IL Card 5059 | 241.47 |
| 11/24 | ATM Withdrawal | 11/22 399 S Weber Rd Romeoville IL Card 5059 | 880.00 |
| 11/24 | Card Purchase | 11/22 O'Reilly 6763 Crest Hill IL Card 5059 | 26.11 |



## ATM & DEBIT CARD WITHDRAWALS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/25 | Card Purchase     11/24 O'Reilly 6763 Crest Hill IL Card 5059 | 289.98 |
| 11/25 | Card Purchase     11/24 O'Reilly 6763 Crest Hill IL Card 5059 | 9.60 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 151.65 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 179.99 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 28.06 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 20.90 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 6.90 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 34.99 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 30.82 |
| 11/26 | Card Purchase     11/25 O'Reilly 6763 Crest Hill IL Card 5059 | 38.75 |
| 11/26 | Card Purchase     11/26 Amazon.Com*B236527C2 Amzn.Com/Bill WA Card 5059 | 25.36 |
| 11/26 | Card Purchase     11/26 Amazon Mktpl*B28Mj22 Amzn.Com/Bill WA Card 5059 | 9.42 |
| 11/26 | Card Purchase With Pin  11/26 Uber Technologies, Inc Wilmington De Card 5059 | 76.50 |
| 11/28 | Card Purchase     11/26 O'Reilly 6763 Crest Hill IL Card 5059 | 9.76 |
| 11/28 | Card Purchase     11/26 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 11/28 | Card Purchase     11/26 O'Reilly 6763 Crest Hill IL Card 5059 | 342.30 |
| 11/28 | Card Purchase     11/26 O'Reilly 6763 Crest Hill IL Card 5059 | 15.96 |
| 11/28 | Card Purchase With Pin  11/28 Thorntons #0124 #0124 Lockport IL Card 5059 | 25.44 |
| 11/28 | ATM Withdrawal     11/28 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| **Total ATM & Debit Card Withdrawals** | | **$11,716.55** |

## ATM & DEBIT CARD SUMMARY

Jesus Sanchez Salazar  Card 5059

| | |
|--|--:|
| Total ATM Withdrawals & Debits | $2,344.00 |
| Total Card Purchases | $9,372.55 |
| Total Card Deposits & Credits | $4,115.66 |

ATM & Debit Card Totals

| | |
|--|--:|
| Total ATM Withdrawals & Debits | $2,344.00 |
| Total Card Purchases | $9,372.55 |
| Total Card Deposits & Credits | $4,115.66 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/19 | Orig CO Name:Sage Software     Orig ID:6541222526 Desc Date:     CO Entry Descr:Collectionsec:CCD   Trace#:111000026933180 Eed:251119  Ind ID: Ind Name:D And P Adam Service C Direct Debiting Trn: 3236933180Tc | $125.92 |
| **Total Electronic Withdrawals** | | **$125.92** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/10 | 11/08 Withdrawal | $1,500.00 |
| **Total Other Withdrawals** | | **$1,500.00** |



November 01, 2025 through November 28, 2025

Account Number: 0278

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 11/04 | Orig CO Name:Check OR Supply       Orig ID:1410216800 Desc Date:251031 CO Entry Descr:Order    Sec:PPD   Trace#:042000010422444 Eed:251104   Ind ID: Ind Name:C & P Auto Service Cen Trn: 3080422444Tc | $34.00 |
| 11/21 | Non-Chase ATM Fee-With | 3.00 |
| 11/28 | Monthly Service Fee | 4.80 |

**Total Fees** — **$41.80**

### Monthly Service Fee

**Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.**

**You can use 20 of the following transactions each monthly cycle for no charge:**

- Paper checks written on the account
- Deposits and withdrawals made with a teller

**After 20, Excess Transaction Fees are $0.40 each. Your total transactions: 32.**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|-------:|------|-------:|------|-------:|
| 11/03 | $4,184.73 | 11/12 | 11,579.10 | 11/20 | 10,191.84 |
| 11/04 | 5,483.25 | 11/13 | 10,150.13 | 11/21 | 10,280.97 |
| 11/05 | 8,926.24 | 11/14 | 11,457.46 | 11/24 | 15,291.71 |
| 11/06 | 10,011.43 | 11/17 | 11,252.04 | 11/25 | 16,454.88 |
| 11/07 | 10,851.88 | 11/18 | 11,032.60 | 11/26 | 16,518.24 |
| 11/10 | 9,011.18 | 11/19 | 9,965.03 | 11/28 | 14,297.16 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

# Check Register and Explanation

# NOVEMBER 2025 (CHECKS WRITTEN)

| DATE | CHECK# | TO: | AMOUNT |
|------|--------|-----|--------|
| 11/04/25 | 161 | K & M | $77.00 |
| 11/05/25 | 163 | K & M | $330.00 |
| 11/07/25 | 143 | ECM GROUP | $200.00 |
| 11/07/25 | 145 | RYAN ORDEN | $671.24 |
| 11/10/25 | 141 | K & M | $170.00 |
| 11/10/25 | 142 | BLESS TOWING | $125.00 |
| 11/10/25 | 144 | ALAN GUZZINO | $690.35 |
| 11/10/25 | 162 | SLUITTER | $228.60 |
| 11/12/25 | 147 | K & M | $680.00 |
| 11/12/25 | 146 | K & M | $182.00 |
| 11/12/25 | 148 | K & M | $182.00 |
| 11/13/25 | 149 | JESUS SANCHEZ JR | $942.37 |
| 11/14/25 | 151 | K & M | $104.00 |
| 11/14/25 | 153 | RYAN ORDEN | $686.43 |
| 11/17/25 | 152 | ALAN GUZZINO | $690.35 |
| 11/17/25 | 150 | TIRAPELLI FORD | $477.60 |
| 11/18/25 | 155 | FIRESTONE COMPLETE | $79.80 |
| 11/18/25 | 154 | PORSCHE OF ORLAND | $522.74 |
| 11/19/25 | 160 | JESUS SANCHEZ JR | $942.37 |
| 11/19/25 | 158 | PORSCHE OF ORLAND | $630.37 |
| 11/20/25 | 156 | BIONIC | $1,375.00 |
| 11/21/25 | 165 | K & M | $196.00 |
| 11/21/25 | 166 | ALAN GUZZINO | $686.43 |
| 11/24/25 | 159 | SLUITTER | $203.80 |
| 11/24/25 | 167 | ALAN GUZZINO | $690.35 |
| 11/24/25 | 168 | JESUS SANCHEZ JR | $942.37 |
| 11/26/25 | 157 | VALDES SUPPLY | $910.00 |
| 11/28/25 | 172 | K & M | $236.00 |
| 11/28/25 | 171 | K & M | $746.72 |
| 11/28/25 | 169 | FIRESTONE COMPLETE | $80.79 |
| 11/28/25 | 173 | RYAN ORDEN | $686.43 |
| 12/01/25 | 174 | ALAN GUZZINO | $690.35 |
| 12/01/25 | 176 | THE LAWN | $350.00 |

# Signature Page

Fill in this information to identify the case:

Debtor Name  C & P Auto Service Center, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25 B 15215

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:          November, 2025                        Date report filed: _____
                                                                          MM / DD / YYYY

Line of business: Auto Repair                          NAISC code:  _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                          Jesus Sanchez

Original signature of responsible party

Printed name of responsible party          Jesus Sanchez

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |