**JP Morgan Chase Bank Statement from November 29, 2025, to December 31, 2025**

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 29, 2025 through December 31, 2025

Account Number:            0278



00283740 DRE 111 211 00126 NNNNNNNNNNN  1 000000000 64 0000

C & P AUTO SERVICE CENTER, INC.
20700 CATON FARM RD
CREST HILL IL 60403-1202

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$14,297.16** |
| Deposits and Additions | 58 | 47,093.25 |
| Checks Paid | 37 | -21,022.68 |
| ATM & Debit Card Withdrawals | 144 | -17,398.52 |
| Electronic Withdrawals | 17 | -16,650.40 |
| Fees | 2 | -9.80 |
| **Ending Balance** | **258** | **$6,309.01** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

### How to Avoid the Monthly Service Fee (MSF)

If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $4,219.49.
- $2,000 Chase Payment Solutions<sup>SM</sup> Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink<sup>®</sup> Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

# CHASE ◯

November 29, 2025 through December 31, 2025

Account Number:                    :0278

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 12/01 | Card Purchase Return    11/29 O'Reilly 6763 Crest Hill IL Card 5059 | | $342.30 |
| 12/01 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000285242073 Eed:251201   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3355242073Tc | CO Entry | 2,447.89 |
| 12/01 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000280002893 Eed:251201   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3350002893Tc | CO Entry | 477.08 |
| 12/02 | Card Purchase Return    12/01 O'Reilly 6763 Crest Hill IL Card 5059 | | 317.61 |
| 12/02 | Card Purchase Return    12/01 O'Reilly 6763 Crest Hill IL Card 5059 | | 153.82 |
| 12/02 | Card Purchase Return    12/01 O'Reilly 6763 Crest Hill IL Card 5059 | | 75.20 |
| 12/02 | Card Purchase Return    12/01 O'Reilly 6763 Crest Hill IL Card 5059 | | 40.00 |
| 12/02 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000285790312 Eed:251202   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3365790312Tc | CO Entry | 563.44 |
| 12/03 | Card Purchase Return    12/02 O'Reilly 6763 Crest Hill IL Card 5059 | | 220.46 |
| 12/03 | Card Purchase Return    12/02 O'Reilly 6763 Crest Hill IL Card 5059 | | 25.95 |
| 12/03 | Card Purchase Return    12/02 O'Reilly 6763 Crest Hill IL Card 5059 | | 11.09 |
| 12/03 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000289966329 Eed:251203   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3379966329Tc | CO Entry | 1,088.50 |
| 12/04 | Card Purchase Return    12/03 O'Reilly 6763 Crest Hill IL Card 5059 | | 180.99 |
| 12/04 | Card Purchase Return    12/03 O'Reilly 6763 Crest Hill IL Card 5059 | | 58.36 |
| 12/04 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284328863 Eed:251204   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3384328863Tc | CO Entry | 3,389.31 |
| 12/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284785533 Eed:251205   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3394785533Tc | CO Entry | 3,941.49 |
| 12/08 | Card Purchase Return    12/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 23.74 |
| 12/08 | Card Purchase Return    12/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 10.36 |
| 12/08 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000287251701 Eed:251208   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3427251701Tc | CO Entry | 1,727.37 |
| 12/08 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000283542576 Eed:251208   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3423542576Tc | CO Entry | 803.45 |
| 12/09 | ATM Cash Deposit        12/09 1660 Plainfield Rd Crest Hill IL Card 5059 | | 720.00 |
| 12/09 | Card Purchase Return    12/08 O'Reilly 6763 Crest Hill IL Card 5059 | | 72.47 |
| 12/09 | Card Purchase Return    12/08 O'Reilly 6763 Crest Hill IL Card 5059 | | 50.48 |
| 12/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000281409359 Eed:251209   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3431409359Tc | CO Entry | 499.57 |
| 12/10 | Card Purchase Return    12/09 O'Reilly 6763 Crest Hill IL Card 5059 | | 120.74 |
| 12/10 | Card Purchase Return    12/09 O'Reilly 6763 Crest Hill IL Card 5059 | | 9.98 |
| 12/10 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000285832785 Eed:251210   Ind ID:3130035762048            Ind Name:Weber Swift Car Care Merch Setl Trn: 3445832785Tc | CO Entry | 1,275.55 |
| 12/11 | Card Purchase Return    12/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 149.34 |



November 29, 2025 through December 31, 2025

Account Number:          **278**

## DEPOSITS AND ADDITIONS  *(continued)*



| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/11 | Card Purchase Return    12/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 133.42 |
| 12/11 | Card Purchase Return    12/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 62.00 |
| 12/11 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284896914 Eed:251211   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3454896914Tc | CO Entry | 1,904.10 |
| 12/12 | Card Purchase Return    12/11 O'Reilly 6763 Crest Hill IL Card 5059 | | 60.06 |
| 12/12 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289274851 Eed:251212   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3469274851Tc | CO Entry | 2,240.08 |
| 12/15 | Card Purchase Return    12/13 O'Reilly 6763 Crest Hill IL Card 5059 | | 21.51 |
| 12/15 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000281056266 Eed:251215   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3491056266Tc | CO Entry | 1,950.44 |
| 12/15 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284814291 Eed:251215   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3494814291Tc | CO Entry | 1,180.71 |
| 12/16 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000285175015 Eed:251216   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3505175015Tc | CO Entry | 1,513.50 |
| 12/17 | Card Purchase Return    12/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 102.65 |
| 12/17 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289823837 Eed:251217   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3519823837Tc | CO Entry | 557.75 |
| 12/18 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289491234 Eed:251218   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3529491234Tc | CO Entry | 3,925.92 |
| 12/19 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000282887939 Eed:251219   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3532887939Tc | CO Entry | 478.84 |
| 12/22 | Card Purchase Return    12/19 O'Reilly 6763 Crest Hill IL Card 5059 | | 74.29 |
| 12/22 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289971112 Eed:251222   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3569971112Tc | CO Entry | 1,129.42 |
| 12/22 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000286683181 Eed:251222   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3566683181Tc | CO Entry | 860.32 |
| 12/23 | Card Purchase Return    12/22 O'Reilly 6763 Crest Hill IL Card 5059 | | 61.90 |
| 12/23 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288295180 Eed:251223   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3578295180Tc | CO Entry | 1,577.15 |
| 12/24 | Card Purchase Return    12/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 4.99 |
| 12/24 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284382788 Eed:251224   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3584382788Tc | CO Entry | 1,914.12 |
| 12/26 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284626553 Eed:251226   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 3604626553Tc | CO Entry | 590.86 |



November 29, 2025 through December 31, 2025

Account Number:                    )278

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 12/29 | ATM Check Deposit      12/29 1660 Plainfield Rd Crest Hill IL Card 5059 | | 415.60 |
| 12/29 | ATM Cash Deposit      12/29 1660 Plainfield Rd Crest Hill IL Card 5059 | | 200.00 |
| 12/29 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000280669734 Eed:251229  Ind ID:3130035762048        Ind Name:Weber Swift Car Care Merch Setl Trn: 3630669734Tc | CO Entry | 1,950.08 |
| 12/29 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000289717463 Eed:251229  Ind ID:3130035762048        Ind Name:Weber Swift Car Care Merch Setl Trn: 3639717463Tc | CO Entry | 1,571.54 |
| 12/30 | Card Purchase Return    12/29 O'Reilly 6763 Crest Hill IL Card 5059 | | 261.32 |
| 12/30 | Card Purchase Return    12/29 O'Reilly 6763 Crest Hill IL Card 5059 | | 76.00 |
| 12/30 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000282070011 Eed:251230  Ind ID:3130035762048        Ind Name:Weber Swift Car Care Merch Setl Trn: 3642070011Tc | CO Entry | 3,179.62 |
| 12/31 | Card Purchase Return    12/30 O'Reilly 6763 Crest Hill IL Card 5059 | | 22.82 |
| 12/31 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000286634676 Eed:251231  Ind ID:3130035762048        Ind Name:Weber Swift Car Care Merch Setl Trn: 3656634676Tc | CO Entry | 275.70 |

**Total Deposits and Additions**                                    **$47,093.25**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|-------:|
| 102  ^ | | 12/09 | $119.95 |
| 103  ^ | | 12/10 | 292.00 |
| 105  * ^ | | 12/15 | 150.00 |
| 106  ^ | | 12/11 | 624.00 |
| 107  ^ | | 12/12 | 144.93 |
| 108  ^ | | 12/16 | 608.00 |
| 110  * ^ | | 12/18 | 558.35 |
| 111  ^ | | 12/18 | 72.00 |
| 112  ^ | | 12/19 | 1,610.00 |
| 113  ^ | | 12/22 | 272.00 |
| 114  ^ | | 12/23 | 1,208.00 |
| 115  ^ | | 12/23 | 233.32 |
| 116  ^ | | 12/29 | 157.00 |
| 117  ^ | | 12/29 | 178.22 |
| 118  ^ | | 12/26 | 106.00 |
| 157  * ^ | | 12/08 | 42.90 |
| 174  * ^ | | 12/01 | 690.35 |
| 175  ^ | | 12/02 | 524.00 |
| 176  ^ | | 12/01 | 350.00 |
| 177  ^ | | 12/02 | 942.37 |
| 178  ^ | | 12/03 | 180.00 |
| 179  ^ | | 12/12 | 125.00 |
| 180  ^ | | 12/09 | 13.33 |
| 1948  * ^ | | 12/15 | 1,200.00 |
| 1949  ^ | | 12/22 | 1,200.00 |
| 60519  * ^ | 12/05 | 12/05 | 686.13 |
| 60520  ^ | | 12/05 | 978.76 |



November 29, 2025 through December 31, 2025

Account Number:            .78



## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 60521 ^ | | 12/15 | 690.35 |
| 60522 ^ | 12/12 | 12/12 | 686.13 |
| 60523 ^ | | 12/11 | 978.76 |
| 60524 ^ | | 12/19 | 690.35 |
| 60525 ^ | 12/19 | 12/19 | 686.13 |
| 60526 ^ | | 12/22 | 978.76 |
| 60527 ^ | | 12/29 | 690.35 |
| 60528 ^ | 12/26 | 12/26 | 686.13 |
| 60529 ^ | | 12/29 | 978.76 |
| 550518 * ^ | | 12/08 | 690.35 |

**Total Checks Paid**                                                  **$21,022.68**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/01 | Card Purchase | 11/29 Comcast / Xfinity 800-266-2278 IL Card 5059 | $1,181.32 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 63.84 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 70.61 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 63.99 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 16.04 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 78.48 |
| 12/01 | Card Purchase | 11/28 O'Reilly 6763 Crest Hill IL Card 5059 | 7.53 |
| 12/01 | Card Purchase With Pin | 11/29 Thorntons #0124 #0124 Lockport IL Card 5059 | 27.59 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 278.82 |
| 12/01 | Card Purchase | 11/29 Honda of Joliet Joliet IL Card 5059 | 13.18 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 170.31 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 23.74 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 102.32 |
| 12/01 | Card Purchase | 11/29 Illinois Secretary of 866-7566041 IL Card 5059 | 255.63 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 25.48 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 310.56 |
| 12/01 | Card Purchase | 11/29 O'Reilly 6763 Crest Hill IL Card 5059 | 160.63 |
| 12/01 | Card Purchase With Pin | 11/30 Wal-Mart #4531 Romeoville IL Card 5059 | 77.36 |
| 12/01 | ATM Withdrawal | 12/01 1660 Plainfield Rd Crest Hill IL Card 5059 | 600.00 |
| 12/02 | Card Purchase | 12/01 O'Reilly 6763 Crest Hill IL Card 5059 | 39.98 |
| 12/02 | Card Purchase | 12/01 O'Reilly 6763 Crest Hill IL Card 5059 | 135.99 |
| 12/02 | Card Purchase | 12/01 O'Reilly 6763 Crest Hill IL Card 5059 | 258.94 |
| 12/02 | Card Purchase | 12/01 O'Reilly 6763 Crest Hill IL Card 5059 | 18.87 |
| 12/02 | Card Purchase | 12/01 O'Reilly 6763 Crest Hill IL Card 5059 | 74.09 |
| 12/02 | Card Purchase With Pin | 12/02 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 18.25 |
| 12/03 | Card Purchase | 12/02 O'Reilly 6763 Crest Hill IL Card 5059 | 95.97 |
| 12/03 | Card Purchase | 12/02 Napa Store 3018022 Joliet IL Card 5059 | 264.51 |
| 12/03 | Card Purchase | 12/02 Tst*Te Canijo- Crest HI Crest Hill IL Card 5059 | 8.56 |
| 12/03 | Card Purchase | 12/02 O'Reilly 6763 Crest Hill IL Card 5059 | 25.95 |
| 12/03 | Card Purchase | 12/02 O'Reilly 6763 Crest Hill IL Card 5059 | 199.49 |



November 29, 2025 through December 31, 2025

Account Number:                    !0278

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/03 | Card Purchase | 12/02 O'Reilly 6763 Crest Hill IL Card 5059 | 220.46 |
| 12/03 | Card Purchase | 12/02 O'Reilly 6763 Crest Hill IL Card 5059 | 58.36 |
| 12/04 | Card Purchase | 12/02 Joeys Express Crest HI 708-8333393 IL Card 5059 | 26.94 |
| 12/04 | Card Purchase | 12/03 O'Reilly 6763 Crest Hill IL Card 5059 | 77.12 |
| 12/04 | Card Purchase | 12/03 O'Reilly 6763 Crest Hill IL Card 5059 | 242.33 |
| 12/04 | Card Purchase | 12/03 O'Reilly 6763 Crest Hill IL Card 5059 | 50.42 |
| 12/04 | Card Purchase | 12/03 O'Reilly 6763 Crest Hill IL Card 5059 | 51.72 |
| 12/04 | Card Purchase | 12/03 O'Reilly 6763 Crest Hill IL Card 5059 | 178.62 |
| 12/04 | Card Purchase | 12/03 Texas Roadhouse #2081 Joliet IL Card 5059 | 106.25 |
| 12/05 | Card Purchase | 12/04 O'Reilly 6763 Crest Hill IL Card 5059 | 304.37 |
| 12/05 | Card Purchase | 12/04 O'Reilly 6763 Crest Hill IL Card 5059 | 25.92 |
| 12/05 | Card Purchase | 12/04 O'Reilly 6763 Crest Hill IL Card 5059 | 8.63 |
| 12/05 | Card Purchase | 12/04 O'Reilly 6763 Crest Hill IL Card 5059 | 4.49 |
| 12/05 | Card Purchase | 12/04 O'Reilly 6763 Crest Hill IL Card 5059 | 33.77 |
| 12/08 | Card Purchase | 12/04 Samsclub.Com 888-746-7726 AR Card 5059 | 66.09 |
| 12/08 | Card Purchase | 12/05 O'Reilly 6763 Crest Hill IL Card 5059 | 47.58 |
| 12/08 | Card Purchase | 12/05 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 12/08 | Card Purchase | 12/05 O'Reilly 6763 Crest Hill IL Card 5059 | 23.74 |
| 12/08 | Card Purchase | 12/06 O'Reilly 6763 Crest Hill IL Card 5059 | 55.38 |
| 12/08 | Card Purchase | 12/06 O'Reilly 6763 Crest Hill IL Card 5059 | 335.16 |
| 12/08 | Card Purchase | 12/06 O'Reilly 6763 Crest Hill IL Card 5059 | 111.46 |
| 12/08 | Card Purchase | 12/06 O'Reilly 6763 Crest Hill IL Card 5059 | 10.79 |
| 12/08 | ATM Withdrawal | 12/06 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| 12/08 | Card Purchase With Pin | 12/06 Shell Service Station Crest Hill IL Card 5059 | 25.16 |
| 12/08 | Card Purchase | 12/06 Shell Oil 10090375006 Crest Hill IL Card 5059 | 30.01 |
| 12/08 | Card Purchase | 12/07 Prime Video *322J78Nt 888-802-3080 WA Card 5059 | 24.99 |
| 12/08 | ATM Withdrawal | 12/08 1660 Plainfield Rd Crest Hill IL Card 5059 | 800.00 |
| 12/09 | Card Purchase | 12/08 O'Reilly 6763 Crest Hill IL Card 5059 | 100.93 |
| 12/09 | Card Purchase | 12/08 O'Reilly 6763 Crest Hill IL Card 5059 | 81.84 |
| 12/09 | Card Purchase | 12/08 O'Reilly 6763 Crest Hill IL Card 5059 | 27.87 |
| 12/09 | Card Purchase | 12/08 O'Reilly 6763 Crest Hill IL Card 5059 | 15.99 |
| 12/10 | Card Purchase | 12/09 O'Reilly 6763 Crest Hill IL Card 5059 | 24.99 |
| 12/10 | Card Purchase | 12/09 O'Reilly 6763 Crest Hill IL Card 5059 | 15.99 |
| 12/10 | Card Purchase | 12/09 O'Reilly 6763 Crest Hill IL Card 5059 | 36.70 |
| 12/10 | Card Purchase | 12/09 Sunshine Food Mart #5 Romeoville IL Card 5059 | 23.70 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 133.42 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 47.16 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 5.19 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 44.85 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 229.13 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 156.92 |
| 12/11 | Card Purchase | 12/10 O'Reilly 6763 Crest Hill IL Card 5059 | 355.16 |
| 12/11 | Card Purchase With Pin | 12/11 Speedway 43524 Crest Hill IL Card 5059 | 40.10 |
| 12/11 | Card Purchase With Pin | 12/11 Jewel Osco 3191 Romeoville IL Card 5059 | 38.55 |
| 12/12 | Card Purchase | 12/11 O'Reilly 6763 Crest Hill IL Card 5059 | 89.99 |
| 12/12 | Card Purchase | 12/11 O'Reilly 6763 Crest Hill IL Card 5059 | 5.19 |
| 12/12 | Card Purchase | 12/11 Sunshine Food Mart #5 Romeoville IL Card 5059 | 33.70 |
| 12/12 | Card Purchase | 12/11 O'Reilly 6763 Crest Hill IL Card 5059 | 173.88 |
| 12/12 | Card Purchase | 12/11 O'Reilly 6763 Crest Hill IL Card 5059 | 20.06 |
| 12/15 | Card Purchase | 12/12 O'Reilly 6763 Crest Hill IL Card 5059 | 21.51 |
| 12/15 | Card Purchase With Pin | 12/13 Shell Service Station Romeoville IL Card 5059 | 25.23 |



## ATM & DEBIT CARD WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 12/15 | Card Purchase | 12/13 O'Reilly 6763 Crest Hill IL Card 5059 | 199.70 |
| 12/15 | Card Purchase | 12/13 O'Reilly 6763 Crest Hill IL Card 5059 | 5.19 |
| 12/15 | Card Purchase | 12/13 O'Reilly 6763 Crest Hill IL Card 5059 | 163.10 |
| 12/15 | Card Purchase | 12/13 O'Reilly 6763 Crest Hill IL Card 5059 | 12.56 |
| 12/15 | Card Purchase | 12/13 O'Reilly 6763 Crest Hill IL Card 5059 | 246.94 |
| 12/15 | ATM Withdrawal | 12/15 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| 12/15 | Card Purchase With Pin | 12/15 Shell Service Station Crest Hill IL Card 5059 | 25.16 |
| 12/16 | Card Purchase | 12/15 O'Reilly 6763 Crest Hill IL Card 5059 | 141.63 |
| 12/16 | Card Purchase | 12/15 Hds Disposal Service 708-7981004 IL Card 5059 | 224.35 |
| 12/16 | Non-Chase ATM Withdraw | 12/16 *Romeoville Romeoville IL Card 5059 | 404.00 |
| 12/17 | Card Purchase | 12/16 O'Reilly 6763 Crest Hill IL Card 5059 | 88.05 |
| 12/17 | Card Purchase | 12/16 O'Reilly 6763 Crest Hill IL Card 5059 | 22.99 |
| 12/18 | Card Purchase | 12/17 O'Reilly 6763 Crest Hill IL Card 5059 | 339.63 |
| 12/18 | Card Purchase | 12/17 O'Reilly 6763 Crest Hill IL Card 5059 | 13.99 |
| 12/18 | Card Purchase | 12/17 O'Reilly 6763 Crest Hill IL Card 5059 | 35.50 |
| 12/18 | Card Purchase | 12/17 O'Reilly 6763 Crest Hill IL Card 5059 | 291.36 |
| 12/19 | Card Purchase | 12/18 Ebay O*24-13987-90140 San Jose CA Card 5059 | 108.00 |
| 12/22 | Card Purchase | 12/20 Amazon Mktpl*Rv9Kz77 Amzn.Com/Bill WA Card 5059 | 148.46 |
| 12/22 | Card Purchase | 12/19 O'Reilly 6763 Crest Hill IL Card 5059 | 71.97 |
| 12/22 | Card Purchase | 12/20 Samsclub.Com 888-746-7726 AR Card 5059 | 48.38 |
| 12/22 | ATM Withdrawal | 12/20 1660 Plainfield Rd Crest Hill IL Card 5059 | 280.00 |
| 12/22 | Card Purchase | 12/22 Tst* El Burrito Loco - Joliet IL Card 5059 | 44.54 |
| 12/22 | Card Purchase With Pin | 12/21 Wal-Mart #4531 Romeoville IL Card 5059 | 121.50 |
| 12/22 | ATM Withdrawal | 12/22 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 12/23 | Card Purchase | 12/23 Amazon Mktpl*Bz9W73J Amzn.Com/Bill WA Card 5059 | 196.32 |
| 12/23 | Card Purchase | 12/21 Extra Value Wine & Liq 815-4399463 IL Card 5059 | 26.07 |
| 12/23 | Card Purchase | 12/22 O'Reilly 6763 Crest Hill IL Card 5059 | 57.69 |
| 12/23 | Card Purchase | 12/22 O'Reilly 6763 Crest Hill IL Card 5059 | 61.90 |
| 12/24 | Card Purchase | 12/24 Amazon.Com*ME15N6383 Amzn.Com/Bill WA Card 5059 | 39.05 |
| 12/24 | Card Purchase | 12/23 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.23 |
| 12/24 | Card Purchase | 12/23 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 12/24 | Card Purchase | 12/23 O'Reilly 6763 Crest Hill IL Card 5059 | 26.99 |
| 12/24 | Card Purchase | 12/23 O'Reilly 6763 Crest Hill IL Card 5059 | 244.63 |
| 12/24 | Card Purchase | 12/23 O'Reilly 6763 Crest Hill IL Card 5059 | 4.99 |
| 12/26 | Card Purchase | 12/24 O'Reilly 6763 Crest Hill IL Card 5059 | 223.99 |
| 12/26 | Card Purchase | 12/24 Extra Value Wine & Liq 815-4399463 IL Card 5059 | 23.40 |
| 12/26 | Card Purchase With Pin | 12/26 Thorntons #0124 #0124 Lockport IL Card 5059 | 27.59 |
| 12/26 | ATM Withdrawal | 12/26 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| 12/26 | Card Purchase With Pin | 12/26 7-Eleven 38958 Plainfield IL Card 5059 | 30.01 |
| 12/29 | Card Purchase | 12/26 O'Reilly 6763 Crest Hill IL Card 5059 | 161.76 |
| 12/29 | Card Purchase | 12/26 O'Reilly 6763 Crest Hill IL Card 5059 | 81.25 |
| 12/29 | Card Purchase | 12/26 O'Reilly 6763 Crest Hill IL Card 5059 | 77.70 |
| 12/29 | Card Purchase | 12/27 Amazon Mktpl*7B9MN4L Amzn.Com/Bill WA Card 5059 | 57.48 |
| 12/29 | Card Purchase | 12/26 O'Reilly 6763 Crest Hill IL Card 5059 | 62.31 |
| 12/29 | Card Purchase | 12/26 O'Reilly 6763 Crest Hill IL Card 5059 | 120.62 |
| 12/29 | Card Purchase | 12/27 O'Reilly 6763 Crest Hill IL Card 5059 | 90.90 |
| 12/29 | Card Purchase | 12/27 O'Reilly 6763 Crest Hill IL Card 5059 | 581.12 |
| 12/29 | Card Purchase | 12/27 O'Reilly 6763 Crest Hill IL Card 5059 | 251.08 |
| 12/29 | Card Purchase | 12/28 Culvers of Romeoville Romeoville IL Card 5059 | 36.83 |
| 12/29 | Card Purchase With Pin | 12/28 Bp#9638917Romeo Romeoville IL Card 5059 | 29.09 |
| 12/30 | Card Purchase | 12/29 O'Reilly 6763 Crest Hill IL Card 5059 | 230.05 |

**CHASE** ⬡

November 29, 2025 through December 31, 2025

Account Number:                    0278

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/30 | Card Purchase       12/29 O'Reilly 6763 Crest Hill IL Card 5059 | 58.53 |
| 12/30 | Card Purchase       12/29 O'Reilly 6763 Crest Hill IL Card 5059 | 112.55 |
| 12/31 | Card Purchase       12/30 O'Reilly 6763 Crest Hill IL Card 5059 | 9.42 |
| 12/31 | Card Purchase       12/30 Chipotle 1671 Joliet IL Card 5059 | 23.71 |
| 12/31 | Card Purchase       12/30 O'Reilly 6763 Crest Hill IL Card 5059 | 38.77 |
| 12/31 | Card Purchase       12/30 O'Reilly 6763 Crest Hill IL Card 5059 | 25.73 |
| 12/31 | Card Purchase       12/30 O'Reilly 6763 Crest Hill IL Card 5059 | 82.13 |
| 12/31 | Card Purchase       12/30 O'Reilly 6763 Crest Hill IL Card 5059 | 149.28 |
| 12/31 | Card Purchase With Pin  12/31 Thorntons #0124 #0124 Lockport IL Card 5059 | 25.39 |
| 12/31 | Card Purchase With Pin  12/31 Thorntons #0124 #0124 Lockport IL Card 5059 | 30.16 |
| 12/31 | ATM Withdrawal       12/31 1660 Plainfield Rd Crest Hill IL Card 5059 | 500.00 |
| 12/31 | Card Purchase With Pin  12/30 Sams Club.Com Bentonville AR Card 5059 | 54.38 |

**Total ATM & Debit Card Withdrawals**                    **$17,398.52**

## ATM & DEBIT CARD SUMMARY

Jesus Sanchez Salazar  Card 5059

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $3,684.00 |
| Total Card Purchases | $13,714.52 |
| Total Card Deposits & Credits | $4,079.45 |

ATM & Debit Card Totals

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $3,684.00 |
| Total Card Purchases | $13,714.52 |
| Total Card Deposits & Credits | $4,079.45 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | Zelle Payment To Jaime Percy Macedo Loza Jpm99Bwkqs1l | $1,084.20 |
| 12/04 | Orig CO Name:Flood Bros Dispo       Orig ID:5330903620 Desc Date:251203 CO Entry Descr:ACH    Sec:Web    Trace#:091000010852170 Eed:251204   Ind ID:630-261-0400 Ind Name:Ashland Swift Car CA Trn: 3380852170Tc | 580.07 |
| 12/04 | Orig CO Name:C & P Auto Servi       Orig ID:1473846741 Desc Date:251205 CO Entry Descr:Impound  Sec:CCD    Trace#:071102561169979 Eed:251204   Ind ID: Ind Name:Impound                              Cpas *1402391721 Trn: 3381169979Tc | 937.00 |
| 12/11 | Orig CO Name:IL Dept of Reven       Orig ID:5555566257 Desc Date:       CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000011860643 Eed:251211   Ind ID:00001928858992 Ind Name:Angelo Firestonebridge    Txp*25601644*0411*20251130*T*229800 \ EDI Trn: 3451860643Tc | 2,298.00 |
| 12/11 | Orig CO Name:IL Dept of Reven       Orig ID:5555566257 Desc Date:       CO Entry Descr:EDI Pymntssec:CCD    Trace#:091000011860623 Eed:251211   Ind ID:00001729662320 Ind Name:Angelo Firestonebridge    Txp*25601644*0411*20251031*T*206800 \ EDI Trn: 3451860623Tc | 2,068.00 |
| 12/11 | Orig CO Name:C & P Auto Servi       Orig ID:1473846741 Desc Date:251212 CO Entry Descr:Impound  Sec:CCD    Trace#:071102561958854 Eed:251211   Ind ID: Ind Name:Impound                              Cpas *1563614602 Trn: 3451958854Tc | 937.00 |
| 12/11 | Zelle Payment To Diego Martinez 27291230269 | 823.72 |
| 12/12 | Zelle Payment To Ana K. Guerrero 27307792287 | 872.42 |
| 12/12 | Zelle Payment To Jaime Percy Macedo Loza Jpm99By6Kwdn | 1,068.42 |
| 12/12 | Zelle Payment To Diego Martinez 27307832726 | 823.72 |
| 12/12 | Zelle Payment To Edward Neary 27310268852 | 500.00 |



November 29, 2025 through December 31, 2025

Account Number:  **0278**



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | Orig CO Name:Sage Software     Orig ID:6541222526 Desc Date:     CO Entry Descr:Collectionsec:CCD   Trace#:111000029585629 Eed:251218  Ind ID: Ind Name:D And P Adam Service C Direct Debiting Trn: 3529585629Tc | 125.92 |
| 12/18 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:251219 CO Entry Descr:Impound  Sec:CCD   Trace#:071102560468928 Eed:251218  Ind ID: Ind Name:Impound               Cpas *1833152230 Trn: 3520468928Tc | 937.00 |
| 12/19 | Zelle Payment To Diego Martinez 27395893309 | 823.72 |
| 12/19 | Zelle Payment To Ana K. Guerrero 27395952683 | 872.42 |
| 12/24 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:251226 CO Entry Descr:Impound  Sec:CCD   Trace#:071102568019618 Eed:251224  Ind ID: Ind Name:Impound               Cpas *0913034087 Trn: 3588019618Tc | 937.00 |
| 12/31 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260102 CO Entry Descr:Impound  Sec:CCD   Trace#:071102563885323 Eed:251231  Ind ID: Ind Name:Impound               Cpas *1001435048 Trn: 3653885323Tc | 961.79 |

**Total Electronic Withdrawals**                                                   **$16,650.40**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | Non-Chase ATM Fee-With | $3.00 |
| 12/31 | Monthly Service Fee | 6.80 |

**Total Fees**                                                   **$9.80**

**Monthly Service Fee**

**Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.**

**You can use 20 of the following transactions each monthly cycle for no charge:**

- Paper checks written on the account
- Deposits and withdrawals made with a teller

**After 20, Excess Transaction Fees are $0.40 each. Your total transactions: 37.**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 12/01 | $11,912.45 | 12/11 | 10,062.26 | 12/22 | 4,552.57 |
| 12/02 | 11,050.03 | 12/12 | 7,818.96 | 12/23 | 4,408.32 |
| 12/03 | 11,342.73 | 12/15 | 7,931.88 | 12/24 | 5,025.75 |
| 12/04 | 12,720.92 | 12/16 | 8,064.40 | 12/26 | 4,219.49 |
| 12/05 | 14,620.34 | 12/17 | 8,613.76 | 12/29 | 4,802.24 |
| 12/08 | 14,597.86 | 12/18 | 10,165.93 | 12/30 | 7,918.05 |
| 12/09 | 15,580.47 | 12/19 | 5,854.15 | 12/31 | 6,309.01 |
| 12/10 | 16,593.36 | | | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

**Check Register and Explanation**

Sheet1

## DECEMBER 2025 (CHECKS WRITTEN)

| DATE | CHECK# | TO: | AMOUNT |
|---|---|---|---|
| 12-01-2025 | 176 | THE LAWN | $350.00 |
| 12-01-2025 | 174 | ALAN GUZZINO | $690.35 |
| 12-02-2025 | 175 | K & M TIRES | $524.00 |
| 12-02-2025 | 177 | JESUS SANCHEZ JR | $942.37 |
| 12-03-2025 | 178 | K & M TIRES | $180.00 |
| 12-05-2025 | 60519 | RYAN ORDEN | $686.13 |
| 12-05-2025 | 60520 | JESUS SANCHEZ JR | $978.76 |
| 12-08-2025 | 157 | JQM | $42.90 |
| 12-08-2025 | 60518 | ALAN GUZZINO | $690.35 |
| 12-09-2025 | 102 | VALDES MOTOR OIL | $119.35 |
| 12-09-2025 | 180 | TYSON | $13.33 |
| 12-10-2025 | 103 | K & M TIRES | $292.00 |
| 12-11-2025 | 60523 | JESUS SANCHEZ JR | $978.76 |
| 12-11-2025 | 106 | K & M TIRES | $624.00 |
| 12-12-2025 | 107 | WESTMONT PORSCHE | $144.93 |
| 12-12-2025 | 179 | C & TOWING | $125.00 |
| 12-12-2025 | 60522 | RYAN ORDEN | $686.13 |
| 12-15-2025 | 60521 | ALAN GUZZINO | $690.35 |
| 12-15-2025 | 105 | SLUITER | $150.00 |
| 12-15-2025 | 1948 | TRANSMISSION | $1,200.00 |
| 12-16-2025 | 108 | K & M TIRES | $608.00 |
| 12-18-2025 | 111 | K & M TIRES | $72.00 |
| 12-18-2025 | 110 | TYSON PARTS | $558.35 |
| 12-19-2025 | 112 | VALDES MOTOR OIL | $1,610.00 |
| 12-19-2025 | 60525 | RYAN ORDEN | $686.13 |
| 12-19-2025 | 60524 | ALAN GUZZINO | $690.35 |
| 12-22-2025 | 1949 | CREST HILL TRANSMISS | $1,200.00 |
| 12-22-2025 | 113 | K & M TIRES | $272.00 |
| 12-23-2025 | 114 | K & M TIRES | $1,208.00 |
| 12-23-2025 | 115 | WESTMONT PORSCHE | $233.32 |
| 12-26-2025 | 118 | K & M TIRES | $106.00 |
| 12-26-2025 | 60528 | RYAN ORDEN | $686.13 |
| 12-29-2025 | 116 | JENNICA SCHNEIDER | $157.00 |
| 12-29-2025 | 60527 | ALAN GUZZINO | $690.35 |

Sheet1

| 12-29-2025 | 117 | WESTMONT PORSCHE | $178.22 |

**Signature Page**

**Fill in this information to identify the case:**

Debtor Name  C & P Auto Service Center, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number:  25 B 15215

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| Month: | December 2025 | Date report filed: | 01/26/2026 |
| | | | MM / DD / YYYY |
| Line of business: | Auto Repair | NAISC code: | |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:  Jesus Sanchez

Original signature of responsible party  /s/ Jesus Sanchez

Printed name of responsible party  Jesus Sanchez

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |