**JP Morgan Chase Bank Statement from January 1, 2026, to January 30, 2026**

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2026 through January 30, 2026

Account Number:  **0278**

00284670 DRE 111 211 03126 NNNNNNNNNNN  1 000000000 64 0000

C & P AUTO SERVICE CENTER, INC.
20700 CATON FARM RD
CREST HILL IL 60403-1202



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$6,309.01** |
| Deposits and Additions | 41 | 38,803.21 |
| Checks Paid | 35 | -16,285.26 |
| ATM & Debit Card Withdrawals | 119 | -14,802.81 |
| Electronic Withdrawals | 15 | -8,631.07 |
| Fees | 2 | -10.50 |
| **Ending Balance** | **212** | **$5,382.58** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

### How to Avoid the Monthly Service Fee (MSF)

If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $3,936.55.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink[®] Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

CHASE ◯

January 01, 2026 through January 30, 2026

Account Number:                         )278

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 01/02 | Card Purchase Return    12/31 O'Reilly 6763 Crest Hill IL Card 5059 | | $164.99 |
| 01/02 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283383026 Eed:260102  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0023383026Tc | CO Entry | 3,113.17 |
| 01/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280566098 Eed:260105  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0050566098Tc | CO Entry | 1,161.99 |
| 01/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000282109967 Eed:260105  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0052109967Tc | CO Entry | 454.73 |
| 01/06 | Card Purchase Return    01/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 70.49 |
| 01/06 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000285604063 Eed:260106  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0065604063Tc | CO Entry | 2,043.11 |
| 01/07 | Card Purchase Return    01/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 76.60 |
| 01/07 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000282968651 Eed:260107  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0072968651Tc | CO Entry | 2,377.26 |
| 01/08 | Card Purchase Return    01/07 O'Reilly 6763 Crest Hill IL Card 5059 | | 39.08 |
| 01/08 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289624774 Eed:260108  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0089624774Tc | CO Entry | 2,830.84 |
| 01/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289119467 Eed:260109  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0099119467Tc | CO Entry | 658.39 |
| 01/12 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280292508 Eed:260112  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0120292508Tc | CO Entry | 2,673.76 |
| 01/12 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000282094248 Eed:260112  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0122094248Tc | CO Entry | 692.92 |
| 01/13 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283107725 Eed:260113  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0133107725Tc | CO Entry | 898.80 |
| 01/14 | Card Purchase Return    01/13 O'Reilly 6763 Crest Hill IL Card 5059 | | 106.77 |
| 01/14 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000287462755 Eed:260114  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0147462755Tc | CO Entry | 1,383.06 |
| 01/15 | Card Purchase Return    01/14 O'Reilly 6763 Crest Hill IL Card 5059 | | 58.27 |
| 01/15 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283732388 Eed:260115  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0153732388Tc | CO Entry | 1,093.79 |
| 01/16 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000281926744 Eed:260116  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0161926744Tc | CO Entry | 1,288.76 |
| 01/20 | Card Purchase Return    01/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 160.00 |



January 01, 2026 through January 30, 2026

Account Number:                    0278

## DEPOSITS AND ADDITIONS (continued)



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 01/20 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000289689792 Eed:260120   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0209689792Tc | CO Entry | 1,669.89 |
| 01/20 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000282168163 Eed:260120   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0202168163Tc | CO Entry | 1,240.34 |
| 01/20 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000282168552 Eed:260120   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0202168552Tc | CO Entry | 144.16 |
| 01/21 | Card Purchase Return   01/20 O'Reilly 6763 Crest Hill IL Card 5059 | | 206.14 |
| 01/21 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000287154190 Eed:260121   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0217154190Tc | CO Entry | 144.85 |
| 01/22 | Card Purchase Return   01/21 O'Reilly 6763 Crest Hill IL Card 5059 | | 10.25 |
| 01/23 | Card Purchase Return   01/23 Ebay O*24-13987-90140 San Jose CA Card 5059 | | 108.00 |
| 01/23 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000288493901 Eed:260123   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0238493901Tc | CO Entry | 2,379.80 |
| 01/26 | Card Purchase Return   01/24 O'Reilly 6763 Crest Hill IL Card 5059 | | 77.60 |
| 01/26 | Card Purchase Return   01/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 17.00 |
| 01/26 | Card Purchase Return   01/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 2.53 |
| 01/26 | Card Purchase Return   01/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 2.37 |
| 01/26 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000288246943 Eed:260126   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0268246943Tc | CO Entry | 2,577.32 |
| 01/26 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000287375357 Eed:260126   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0267375357Tc | CO Entry | 187.87 |
| 01/27 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000284674003 Eed:260127   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0274674003Tc | CO Entry | 3,280.08 |
| 01/27 | Orig CO Name:1Stmile Network       Orig ID:1870370820 Desc Date:260126 CO Entry<br>Descr:8662429933Sec:PPD   Trace#:242071759549190 Eed:260127   Ind ID:<br>Ind Name:Weber Swift Car Care Trn: 0279549190Tc | | 30.00 |
| 01/28 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000289958340 Eed:260128   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0289958340Tc | CO Entry | 3,002.43 |
| 01/29 | Card Purchase Return   01/28 O'Reilly 6763 Crest Hill IL Card 5059 | | 67.96 |
| 01/29 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000284519959 Eed:260129   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0294519959Tc | CO Entry | 1,163.03 |
| 01/30 | Card Purchase Return   01/29 O'Reilly 6763 Crest Hill IL Card 5059 | | 64.87 |
| 01/30 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD   Trace#:071000289765588 Eed:260130   Ind<br>ID:3130035762048              Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0309765588Tc | CO Entry | 1,079.94 |

**Total Deposits and Additions** **$38,803.21**



January 01, 2026 through January 30, 2026

Account Number: )278

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 104 ^ | | 01/20 | $50.00 |
| 119 * ^ | | 01/02 | 129.04 |
| 120 ^ | | 01/05 | 248.00 |
| 122 * ^ | | 01/07 | 34.17 |
| 123 ^ | | 01/06 | 65.00 |
| 124 ^ | | 01/07 | 724.00 |
| 125 ^ | | 01/08 | 113.00 |
| 126 ^ | | 01/09 | 700.00 |
| 127 ^ | | 01/21 | 72.60 |
| 128 ^ | | 01/14 | 44.91 |
| 129 ^ | | 01/16 | 36.76 |
| 131 * ^ | | 01/20 | 700.00 |
| 132 ^ | | 01/21 | 18.11 |
| 133 ^ | | 01/21 | 4.56 |
| 135 * ^ | | 01/27 | 600.00 |
| 1001 * ^ | | 01/22 | 535.37 |
| 1002 ^ | | 01/26 | 86.29 |
| 1005 * ^ | | 01/28 | 224.00 |
| 1006 ^ | | 01/29 | 45.00 |
| 1008 * ^ | | 01/30 | 300.00 |
| 1944 * ^ | | 01/14 | 400.00 |
| 1950 * ^ | | 01/06 | 1,000.00 |
| 6043 * ^ | 01/30 | 01/30 | 688.85 |
| 60530 * ^ | | 01/05 | 693.14 |
| 60531 ^ | 01/02 | 01/02 | 688.85 |
| 60532 ^ | | 01/02 | 984.41 |
| 60533 ^ | | 01/12 | 693.14 |
| 60534 ^ | 01/09 | 01/09 | 688.85 |
| 60535 ^ | | 01/12 | 984.41 |
| 60536 ^ | | 01/20 | 693.14 |
| 60537 ^ | 01/16 | 01/16 | 688.85 |
| 60538 ^ | | 01/20 | 984.41 |
| 60539 ^ | | 01/26 | 693.14 |
| 60540 ^ | 01/23 | 01/23 | 688.85 |
| 60541 ^ | | 01/26 | 984.41 |

**Total Checks Paid** **$16,285.26**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/02 | Card Purchase | 12/30 Samsclub.Com 888-746-7726 AR Card 5059 | $118.68 |
| 01/02 | Card Purchase | 12/31 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 01/02 | Card Purchase | 12/31 O'Reilly 6763 Crest Hill IL Card 5059 | 18.99 |
| 01/02 | Card Purchase | 12/31 O'Reilly 6763 Crest Hill IL Card 5059 | 334.02 |
| 01/02 | Card Purchase | 01/01 Sunshine Food Mart #5 Romeoville IL Card 5059 | 43.32 |



## ATM & DEBIT CARD WITHDRAWALS   *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | ATM Withdrawal        01/02 399 S Weber Rd Romeoville IL Card 5059 | 200.00 |
| 01/05 | Card Purchase        01/02 Shell Oil 57445180102 Romeoville IL Card 5059 | 22.79 |
| 01/05 | Card Purchase        01/03 O'Reilly 6763 Crest Hill IL Card 5059 | 14.62 |
| 01/05 | Card Purchase        01/03 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 01/05 | Card Purchase        01/03 O'Reilly 6763 Crest Hill IL Card 5059 | 146.82 |
| 01/05 | ATM Withdrawal        01/03 1660 Plainfield Rd Crest Hill IL Card 5059 | 360.00 |
| 01/05 | Card Purchase        01/05 Tst* El Burrito Loco - Bolingbrook IL Card 5059 | 46.99 |
| 01/05 | Card Purchase With Pin  01/04 Rebel#868 Romeoville IL Card 5059 | 29.13 |
| 01/05 | Card Purchase With Pin  01/05 Uber Technologies, Inc Wilmington De Card 5059 | 62.06 |
| 01/06 | Card Purchase        01/05 O'Reilly 6763 Crest Hill IL Card 5059 | 58.56 |
| 01/06 | Card Purchase        01/05 O'Reilly 6763 Crest Hill IL Card 5059 | 22.20 |
| 01/06 | Card Purchase        01/05 O'Reilly 6763 Crest Hill IL Card 5059 | 76.60 |
| 01/06 | Card Purchase        01/05 O'Reilly 6763 Crest Hill IL Card 5059 | 39.08 |
| 01/06 | Card Purchase With Pin  01/06 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 31.19 |
| 01/07 | Card Purchase        01/06 O'Reilly 6763 Crest Hill IL Card 5059 | 38.41 |
| 01/07 | Card Purchase        01/06 O'Reilly 6763 Crest Hill IL Card 5059 | 21.98 |
| 01/07 | Card Purchase        01/06 O'Reilly 6763 Crest Hill IL Card 5059 | 422.63 |
| 01/07 | Card Purchase        01/06 City of Crest Hill 815-7415104 IL Card 5059 | 507.16 |
| 01/08 | Card Purchase        01/07 O'Reilly 6763 Crest Hill IL Card 5059 | 87.23 |
| 01/08 | Card Purchase        01/07 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 01/08 | ATM Withdrawal        01/08 1660 Plainfield Rd Crest Hill IL Card 5059 | 220.00 |
| 01/08 | Card Purchase With Pin  01/08 Shell Service Station Crest Hill IL Card 5059 | 25.16 |
| 01/09 | Card Purchase        01/09 Comcast / Xfinity 800-266-2278 IL Card 5059 | 284.62 |
| 01/09 | Card Purchase        01/08 Shell Oil 10090375006 Crest Hill IL Card 5059 | 25.02 |
| 01/12 | Card Purchase        01/09 O'Reilly 6763 Crest Hill IL Card 5059 | 310.16 |
| 01/12 | Card Purchase        01/09 Speedway Auto Parts Ltd Joliet IL Card 5059 | 125.00 |
| 01/12 | Card Purchase        01/09 O'Reilly 6763 Crest Hill IL Card 5059 | 4.99 |
| 01/12 | ATM Withdrawal        01/10 399 S Weber Rd Romeoville IL Card 5059 | 740.00 |
| 01/12 | ATM Withdrawal        01/10 399 S Weber Rd Romeoville IL Card 5059 | 150.00 |
| 01/12 | Card Purchase        01/10 O'Reilly 6763 Crest Hill IL Card 5059 | 88.17 |
| 01/12 | Card Purchase        01/10 O'Reilly 6763 Crest Hill IL Card 5059 | 80.22 |
| 01/12 | Card Purchase With Pin  01/10 Shell Service Station Crest Hill IL Card 5059 | 25.16 |
| 01/12 | Card Purchase        01/10 Shell Oil 10090375006 Crest Hill IL Card 5059 | 30.56 |
| 01/12 | Card Purchase        01/10 O'Reilly 6763 Crest Hill IL Card 5059 | 33.37 |
| 01/12 | Card Purchase        01/11 Stella's Bar & Grill Romeoville IL Card 5059 | 18.50 |
| 01/12 | Card Purchase        01/10 Michaels Pizza - Romeov Romeoville IL Card 5059 | 37.26 |
| 01/12 | Card Purchase        01/12 Dd *Doordash Burritos 855-431-0459 CA Card 5059 | 76.27 |
| 01/12 | Card Purchase        01/11 Sunshine Food Mart #5 Romeoville IL Card 5059 | 30.95 |
| 01/13 | Card Purchase        01/12 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 01/13 | Card Purchase        01/12 O'Reilly 6763 Crest Hill IL Card 5059 | 23.98 |
| 01/14 | Recurring Card Purchase 01/14 Comcast Business Mobi 844-963-0206 PA Card 5059 | 349.79 |
| 01/14 | Card Purchase        01/13 O'Reilly 6763 Crest Hill IL Card 5059 | 39.75 |
| 01/14 | Card Purchase        01/13 O'Reilly 6763 Crest Hill IL Card 5059 | 289.24 |
| 01/14 | Card Purchase        01/13 O'Reilly 6763 Crest Hill IL Card 5059 | 46.77 |
| 01/14 | Card Purchase        01/13 O'Reilly 6763 Crest Hill IL Card 5059 | 61.02 |
| 01/14 | ATM Withdrawal        01/14 1660 Plainfield Rd Crest Hill IL Card 5059 | 160.00 |
| 01/15 | Card Purchase        01/14 O'Reilly 6763 Crest Hill IL Card 5059 | 67.96 |
| 01/15 | Card Purchase        01/14 Sunshine Food Mart #5 Romeoville IL Card 5059 | 23.60 |
| 01/15 | Card Purchase        01/14 O'Reilly 6763 Crest Hill IL Card 5059 | 46.95 |
| 01/15 | Card Purchase        01/14 O'Reilly 6763 Crest Hill IL Card 5059 | 58.27 |
| 01/15 | Card Purchase        01/14 O'Reilly 6763 Crest Hill IL Card 5059 | 16.78 |

# CHASE ⬡

January 01, 2026 through January 30, 2026

Account Number:                    0278

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 01/15 | Card Purchase             01/14 O'Reilly 6763 Crest Hill IL Card 5059 | 110.56 |
| 01/15 | ATM Withdrawal             01/15 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 01/15 | Card Purchase With Pin  01/15 Speedway 43524 Crest Hill IL Card 5059 | 57.04 |
| 01/16 | Card Purchase             01/15 O'Reilly 6763 Crest Hill IL Card 5059 | 134.99 |
| 01/16 | Card Purchase             01/15 O'Reilly 6763 Crest Hill IL Card 5059 | 72.58 |
| 01/16 | Card Purchase             01/15 O'Reilly 6763 Crest Hill IL Card 5059 | 25.91 |
| 01/16 | Card Purchase             01/15 O'Reilly 6763 Crest Hill IL Card 5059 | 7.97 |
| 01/16 | ATM Withdrawal             01/16 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 30.05 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 23.46 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 10.25 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 206.14 |
| 01/20 | Card Purchase             01/16 O'Reilly 6763 Crest Hill IL Card 5059 | 467.71 |
| 01/20 | Card Purchase             01/17 O'Reilly 6763 Crest Hill IL Card 5059 | 28.11 |
| 01/20 | Card Purchase             01/17 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 01/20 | ATM Withdrawal             01/17 399 S Weber Rd Romeoville IL Card 5059 | 900.00 |
| 01/20 | Card Purchase With Pin  01/17 Speedway 43524 Crest Hill IL Card 5059 | 35.19 |
| 01/20 | Card Purchase With Pin  01/19 Ebay Commerce Inc. San Jose CA Card 5059 | 129.49 |
| 01/20 | Recurring Card Purchase 01/19 Postermywa* Download Postermywall. CA Card 5059 | 5.99 |
| 01/20 | Card Purchase With Pin  01/20 Shell Service Station Crest Hill IL Card 5059 | 26.12 |
| 01/21 | Card Purchase             01/20 Dunkin #363963 Cresthill IL Card 5059 | 3.96 |
| 01/21 | Card Purchase             01/20 O'Reilly 6763 Crest Hill IL Card 5059 | 20.98 |
| 01/21 | Card Purchase             01/20 O'Reilly 6763 Crest Hill IL Card 5059 | 19.43 |
| 01/21 | Card Purchase             01/20 O'Reilly 6763 Crest Hill IL Card 5059 | 38.86 |
| 01/21 | Card Purchase             01/20 O'Reilly 6763 Crest Hill IL Card 5059 | 134.99 |
| 01/21 | ATM Withdrawal             01/21 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 01/22 | Card Purchase             01/21 O'Reilly 6763 Crest Hill IL Card 5059 | 10.99 |
| 01/22 | Card Purchase             01/21 Sunshine Food Mart #5 Romeoville IL Card 5059 | 40.50 |
| 01/23 | Card Purchase             01/22 O'Reilly 6763 Crest Hill IL Card 5059 | 17.00 |
| 01/23 | Card Purchase             01/22 O'Reilly 6763 Crest Hill IL Card 5059 | 306.39 |
| 01/23 | Card Purchase             01/22 O'Reilly 6763 Crest Hill IL Card 5059 | 38.75 |
| 01/26 | Card Purchase             01/23 O'Reilly 6763 Crest Hill IL Card 5059 | 2.37 |
| 01/26 | Card Purchase             01/23 O'Reilly 6763 Crest Hill IL Card 5059 | 2.53 |
| 01/26 | Card Purchase             01/23 O'Reilly 6763 Crest Hill IL Card 5059 | 6.99 |
| 01/26 | ATM Withdrawal             01/24 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 01/26 | Card Purchase             01/24 O'Reilly 6763 Crest Hill IL Card 5059 | 254.38 |
| 01/26 | Card Purchase             01/24 O'Reilly 6763 Crest Hill IL Card 5059 | 37.67 |
| 01/26 | Card Purchase             01/24 O'Reilly 6763 Crest Hill IL Card 5059 | 49.13 |
| 01/26 | Card Purchase             01/24 O'Reilly 6763 Crest Hill IL Card 5059 | 22.99 |
| 01/26 | Card Purchase With Pin  01/24 Shell Service Station Crest Hill IL Card 5059 | 26.12 |
| 01/26 | Card Purchase With Pin  01/24 Speedway 43524 Crest Hill IL Card 5059 | 11.87 |
| 01/26 | ATM Withdrawal             01/25 399 S Weber Rd Romeoville IL Card 5059 | 700.00 |
| 01/26 | Card Purchase With Pin  01/26 Thorntons #0124 #0124 Lockport IL Card 5059 | 25.94 |
| 01/27 | Card Purchase             01/26 O'Reilly 6763 Crest Hill IL Card 5059 | 28.60 |
| 01/27 | Card Purchase             01/26 O'Reilly 6763 Crest Hill IL Card 5059 | 740.00 |
| 01/27 | Card Purchase             01/26 O'Reilly 6763 Crest Hill IL Card 5059 | 114.00 |
| 01/27 | Card Purchase             01/26 O'Reilly 6763 Crest Hill IL Card 5059 | 2.74 |
| 01/27 | Card Purchase             01/26 O'Reilly 6763 Crest Hill IL Card 5059 | 310.02 |
| 01/27 | ATM Withdrawal             01/27 1660 Plainfield Rd Crest Hill IL Card 5059 | 400.00 |
| 01/28 | Card Purchase             01/28 Amazon Mktpl*J87Fm0C Amzn.Com/Bill WA Card 5059 | 21.15 |



January 01, 2026 through January 30, 2026

Account Number:                    )278

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/28 | Card Purchase | 01/27 O'Reilly 6763 Crest Hill IL Card 5059 | 101.40 |
| 01/28 | Card Purchase | 01/27 O'Reilly 6763 Crest Hill IL Card 5059 | 26.10 |
| 01/29 | Card Purchase | 01/28 Sunshine Food Mart #5 Romeoville IL Card 5059 | 35.47 |
| 01/29 | Card Purchase | 01/28 O'Reilly 6763 Crest Hill IL Card 5059 | 5.19 |
| 01/29 | Card Purchase | 01/28 O'Reilly 6763 Crest Hill IL Card 5059 | 135.92 |
| 01/29 | Card Purchase | 01/28 O'Reilly 6763 Crest Hill IL Card 5059 | 264.91 |
| 01/29 | Card Purchase | 01/28 O'Reilly 6763 Crest Hill IL Card 5059 | 10.55 |
| 01/29 | Card Purchase With Pin | 01/29 Uber Technologies, Inc Wilmington De Card 5059 | 30.41 |
| 01/29 | Non-Chase ATM Withdraw | 01/29 *Romeoville Romeoville IL Card 5059 | 304.00 |
| 01/30 | Card Purchase | 01/29 O'Reilly 6763 Crest Hill IL Card 5059 | 260.89 |
| 01/30 | Card Purchase | 01/29 O'Reilly 6763 Crest Hill IL Card 5059 | 16.99 |
| 01/30 | Card Purchase | 01/29 O'Reilly 6763 Crest Hill IL Card 5059 | 29.15 |

**Total ATM & Debit Card Withdrawals**                                **$14,802.81**



## ATM & DEBIT CARD SUMMARY

Jesus Sanchez Salazar  Card 5059

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,934.00 |
| Total Card Purchases | $9,868.81 |
| Total Card Deposits & Credits | $1,232.92 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,934.00 |
| Total Card Purchases | $9,868.81 |
| Total Card Deposits & Credits | $1,232.92 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/09 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260109 CO Entry Descr:Impound  Sec:CCD   Trace#:071102564225086 Eed:260109  Ind ID: Ind Name:Impound                                            Cpas *0034089471 Trn: 0094225086Tc | $925.84 |
| 01/13 | Zelle Payment To Diego Martinez 27681277831 | 710.90 |
| 01/14 | Orig CO Name:Natl Liab & Fire     Orig ID:1362403971 Desc Date:     CO Entry Descr:Ins Prem Sec:CCD   Trace#:091000015704752 Eed:260114  Ind ID:N9Bp330675          Ind Name:C & P Auto Service, IN Trn: 0145704752Tc | 223.74 |
| 01/15 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260116 CO Entry Descr:Impound  Sec:CCD   Trace#:071102560007853 Eed:260115  Ind ID: Ind Name:Impound                                            Cpas *1445036420 Trn: 0150007853Tc | 940.19 |
| 01/20 | Zelle Payment To Jaime Percy Macedo Loza Jpm99C2Llrgc | 340.00 |
| 01/20 | Zelle Payment To Ana K. Guerrero 27757559208 | 71.00 |
| 01/20 | Orig CO Name:Sage Software     Orig ID:6541222526 Desc Date:     CO Entry Descr:Collectionsec:CCD   Trace#:111000022419738 Eed:260120  Ind ID: Ind Name:D And P Adam Service C Direct Debiting Trn: 0202419738Tc | 125.92 |
| 01/21 | Orig CO Name:Deluxe Bus Sys.     Orig ID:1411877307 Desc Date:     CO Entry Descr:EDI/ACH  Sec:CCD   Trace#:042000017979839 Eed:260121  Ind ID:17082002175173 Ind Name:C  P Auto Service Cent    Isa00        00        17091215 927      17071000013 260119175 53U0040100 Trn: 0217979839Tc | 98.95 |
| 01/22 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260123 CO Entry Descr:Impound  Sec:CCD   Trace#:071102568704039 Eed:260122  Ind ID: Ind Name:Impound                                            Cpas *1804459143 Trn: 0228704039Tc | 925.84 |

**CHASE**

January 01, 2026 through January 30, 2026

Account Number:        **0278**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/23 | Zelle Payment To Jaime Percy Macedo Loza Jpm99C31Ry5Z | 1,124.43 |
| 01/26 | Orig CO Name:Allstate Ins CO      Orig ID:1360719665 Desc Date:Jan 26 CO Entry Descr:Ins Prem  Sec:PPD    Trace#:021000022449935 Eed:260126   Ind ID:          Ind Name:Sanchez Trn: 0262449935Tc | 357.82 |
| 01/26 | Orig CO Name:Quarterly Fee       Orig ID:1501000502 Desc Date:260123 CO Entry Descr:Payment .Sec:CCD   Trace#:041036044888954 Eed:260126   Ind ID:0000 Ind Name:C & P Auto Service Cen ACH Transaction Trn: 0264888954Tc | 250.00 |
| 01/29 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260130 CO Entry Descr:Impound  Sec:CCD   Trace#:071102561842352 Eed:260129   Ind ID: Ind Name:Impound                        Cpas *1384415445 Trn: 0291842352Tc | 925.84 |
| 01/30 | Zelle Payment To Ana K. Guerrero 27887572935 | 823.72 |
| 01/30 | Zelle Payment To Diego Martinez 27887648948 | 786.88 |
| **Total Electronic Withdrawals** | | **$8,631.07** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/29 | Non-Chase ATM Fee-With | $3.00 |
| 01/30 | Monthly Service Fee | 7.50 |
| **Total Fees** | | **$10.50** |

**Monthly Service Fee**

**Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.**

**You can use 20 of the following transactions each monthly cycle for no charge:**

- Paper checks written on the account
- Deposits and withdrawals made with a teller

**After 20, Excess Transaction Fees are $0.50 each. Your total transactions: 35.**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 01/02 | $6,904.87 | 01/13 | 8,530.58 | 01/23 | 4,783.51 |
| 01/05 | 6,733.05 | 01/14 | 8,405.19 | 01/26 | 3,936.55 |
| 01/06 | 7,554.02 | 01/15 | 8,035.90 | 01/27 | 5,051.27 |
| 01/07 | 8,259.53 | 01/16 | 8,157.60 | 01/28 | 7,681.05 |
| 01/08 | 10,539.07 | 01/20 | 6,235.03 | 01/29 | 7,151.75 |
| 01/09 | 8,573.13 | 01/21 | 5,973.58 | 01/30 | 5,382.58 |
| 01/12 | 8,511.65 | 01/22 | 4,471.13 | | |



January 01, 2026 through January 30, 2026

Account Number: **0278**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank

**Check Register and Explanations**

# JANUARY 2026 (CHECKS WRITTEN)

| DATE | CHECK# | TO: | AMOUNT |
|------|--------|-----|--------|
| 01/02/26 | 60532 | JESUS SANCHEZ JR | $984.41 |
| 01/02/26 | 60531 | RYAN ORDEN | $688.85 |
| 01/02/26 | 119 | NAPA | $129.94 |
| 01/05/26 | 60530 | ALAN GUZZINO | $693.14 |
| 01/05/26 | 120 | K & M | $248.00 |
| 01/06/26 | 1950 | CREST HILL TRANS | $1,000.00 |
| 01/06/26 | 123 | K & M | $65.00 |
| 01/06/26 | 122 | NAPA | $34.17 |
| 01/07/26 | 124 | K & M | $724.00 |
| 01/08/26 | 125 | K & M | $113.00 |
| 01/09/26 | 60534 | RYAN ORDEN | $688.85 |
| 01/09/26 | 126 | K & M | $700.00 |
| 01/12/26 | 60535 | JESUS SANCHEZ JR | $984.41 |
| 01/12/26 | 60533 | ALAN GUZZINO | $693.14 |
| 01/14/26 | 1944 | CREST HILL TRANS | $400.00 |
| 01/14/26 | 128 | WESTMONT PORSCHE | $44.91 |
| 01/16/26 | 60537 | RYAN ORDEN | $688.85 |
| 01/16/26 | 129 | WESTMONT PORSCHE | $36.76 |
| 01/17/26 | 104 | STEVE BOJAK | $50.00 |
| 01/20/26 | 60538 | JESUS SANCHEZ JR | $984.41 |
| 01/20/26 | 131 | VALDES SUPPLY | $700.00 |
| 01/20/26 | 60536 | ALAN GUZZINO | $693.14 |
| 01/21/26 | 132 | NAPA | $18.11 |
| 01/21/26 | 133 | NAPA | $4.56 |
| 01/21/26 | 127 | JQM TRANSFER | $72.60 |
| 01/22/26 | 1001 | WESTMONT PORSCHE | $535.37 |
| 01/23/26 | 60540 | RYAN ORDEN | $688.85 |
| 01/26/26 | 60541 | JESUS SANCHEZ JR | $984.41 |
| 01/26/26 | 1002 | WESTMONT PORSCHE | $86.29 |
| 01/26/26 | 60539 | ALAN GUZZINO | $693.14 |
| 01/27/26 | 135 | CREST HILL TRANS | $600.00 |
| 01/28/26 | 1005 | K & M | $224.00 |
| 01/29/26 | 1006 | K & M | $45.00 |
| 01/30/26 | 1008 | CREST HILL TRANS | $300.00 |