# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 31, 2026 through February 27, 2026

Account Number:　　　　:0278

00003570 DRI 111 211 05926 NNNNNNNNNNN  1 000000000 64 0000
C & P AUTO SERVICE CENTER, INC.
20700 CATON FARM RD
CREST HILL IL 60403-1202

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$5,382.58** |
| Deposits and Additions | 51 | 30,094.91 |
| Checks Paid | 32 | -14,337.99 |
| ATM & Debit Card Withdrawals | 128 | -14,832.88 |
| Electronic Withdrawals | 9 | -5,290.25 |
| Fees | 2 | -24.00 |
| **Ending Balance** | **222** | **$992.37** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking<sup>SM</sup> account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $467.17.
- $2,000 Chase Payment Solutions<sup>SM</sup>Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking<sup>SM</sup> account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Card Purchase Return | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | $247.07 |
| 02/02 | Card Purchase Return | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 244.61 |
| 02/02 | Card Purchase Return | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 165.96 |
| 02/02 | Card Purchase Return | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 02/02 | Card Purchase Return | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 23.68 |
| 02/02 | Card Purchase Return | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 16.72 |

**CHASE** ⬡

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000285740286 Eed:260202   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0335740286Tc | CO Entry | 2,077.20 |
| 02/02 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283093588 Eed:260202   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0333093588Tc | CO Entry | 808.27 |
| 02/03 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288229917 Eed:260203   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0348229917Tc | CO Entry | 818.26 |
| 02/04 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289238465 Eed:260204   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0359238465Tc | CO Entry | 3,221.37 |
| 02/05 | Card Purchase Return    02/04 O'Reilly 6763 Crest Hill IL Card 5059 | | 27.85 |
| 02/05 | Card Purchase Return    02/04 O'Reilly 6763 Crest Hill IL Card 5059 | | 21.29 |
| 02/05 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000285837606 Eed:260205   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0365837606Tc | CO Entry | 2,127.20 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 135.12 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 91.79 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 41.78 |
| 02/09 | Card Purchase Return    02/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 350.80 |
| 02/09 | Card Purchase Return    02/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 62.30 |
| 02/09 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000286733378 Eed:260209   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0406733378Tc | CO Entry | 629.55 |
| 02/09 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289578742 Eed:260209   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0409578742Tc | CO Entry | 583.59 |
| 02/10 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000282880640 Eed:260210   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0412880640Tc | CO Entry | 65.17 |
| 02/11 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288187099 Eed:260211   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0428187099Tc | CO Entry | 4,269.54 |
| 02/12 | Card Purchase Return    02/11 O'Reilly 6763 Crest Hill IL Card 5059 | | 260.02 |
| 02/12 | Card Purchase Return    02/11 O'Reilly 6763 Crest Hill IL Card 5059 | | 7.11 |
| 02/12 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000286740211 Eed:260212   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0436740211Tc | CO Entry | 1,945.56 |
| 02/13 | Orig CO Name:Epx St 035762048        Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284236744 Eed:260213   Ind<br>ID:3130035762048            Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0444236744Tc | CO Entry | 1,516.24 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 168.76 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 100.00 |
| 02/17 | Card Purchase Return    02/14 O'Reilly 6763 Crest Hill IL Card 5059 | | 29.55 |
| 02/17 | Card Purchase Return    02/13 O'Reilly 6763 Crest Hill IL Card 5059 | | 22.00 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 17.09 |



**CHASE** ⬡

January 31, 2026 through February 27, 2026

Account Number:                    0278

## DEPOSITS AND ADDITIONS  (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 02/17 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280111511 Eed:260217   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0480111511Tc | CO Entry | 1,680.10 |
| 02/17 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD · Trace#:071000286317423 Eed:260217   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0486317423Tc | CO Entry | 1,282.02 |
| 02/17 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280113712 Eed:260217   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0480113712Tc | CO Entry | 714.72 |
| 02/18 | Card Purchase Return    02/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 360.00 |
| 02/18 | Card Purchase Return    02/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 32.26 |
| 02/18 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288832782 Eed:260218   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0498832782Tc | CO Entry | 1,298.62 |
| 02/19 | Card Purchase Return    02/18 O'Reilly 6763 Crest Hill IL Card 5059 | | 10.21 |
| 02/19 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000281163656 Eed:260219   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0501163656Tc | CO Entry | 165.52 |
| 02/20 | Card Purchase Return    02/19 O'Reilly 6763 Crest Hill IL Card 5059 | | 112.39 |
| 02/20 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284120916 Eed:260220   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0514120916Tc | CO Entry | 218.66 |
| 02/23 | Purchase Return        02/23 Ebay Commerce Inc. San Jose CA Card 5059 | | 83.75 |
| 02/23 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288462954 Eed:260223   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0548462954Tc | CO Entry | 1,428.39 |
| 02/23 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280844612 Eed:260223   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0540844612Tc | CO Entry | 807.50 |
| 02/24 | Card Purchase Return    02/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 222.99 |
| 02/24 | Card Purchase Return    02/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 189.21 |
| 02/24 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283017814 Eed:260224   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0553017814Tc | CO Entry | 85.34 |
| 02/25 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288032323 Eed:260225   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0568032323Tc | CO Entry | 115.07 |
| 02/26 | Card Purchase Return    02/25 O'Reilly 6763 Crest Hill IL Card 5059 | | 19.14 |
| 02/26 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283285518 Eed:260226   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0573285518Tc | CO Entry | 565.79 |
| 02/27 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284073497 Eed:260227   Ind<br>ID:3130035762048           Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0584073497Tc | CO Entry | 583.99 |

**Total Deposits and Additions**                                         **$30,094.91**




**CHASE**

January 31, 2026 through February 27, 2026

Account Number: )278

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 137 ^ | | 02/06 | $150.00 |
| 1004 * ^ | | 02/02 | 308.00 |
| 1007 * ^ | | 02/02 | 38.09 |
| 1009 * ^ | | 02/02 | 1,116.00 |
| 1010 ^ | | 02/13 | 167.89 |
| 1011 ^ | | 02/03 | 249.98 |
| 1012 ^ | | 02/09 | 125.09 |
| 1013 ^ | | 02/10 | 27.80 |
| 1014 ^ | | 02/10 | 498.68 |
| 1015 ^ | | 02/11 | 12.69 |
| 1016 ^ | | 02/11 | 710.00 |
| 1017 ^ | | 02/12 | 205.70 |
| 1018 ^ | | 02/18 | 126.99 |
| 1019 ^ | | 02/17 | 150.42 |
| 1020 ^ | | 02/19 | 8.93 |
| 1021 ^ | | 02/19 | 270.18 |
| 1022 ^ | | 02/23 | 228.92 |
| 1023 ^ | | 02/25 | 30.53 |
| 1024 ^ | | 02/25 | 21.56 |
| 1025 ^ | | 02/25 | 910.00 |
| 1026 ^ | | 02/25 | 203.79 |
| 6046 * ^ | 02/06 | 02/06 | 688.85 |
| 60542 * ^ | | 02/02 | 693.14 |
| 60544 * ^ | | 02/02 | 984.41 |
| 60545 ^ | | 02/09 | 693.14 |
| 60547 * ^ | | 02/06 | 984.41 |
| 60548 ^ | | 02/17 | 693.14 |
| 60549 ^ | 02/13 | 02/13 | 688.85 |
| 60550 ^ | | 02/17 | 984.41 |
| 60551 ^ | | 02/23 | 693.14 |
| 60552 ^ | 02/20 | 02/20 | 688.85 |
| 60553 ^ | | 02/23 | 984.41 |

**Total Checks Paid** **$14,337.99**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | $23.79 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 244.61 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 29.29 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 75.59 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 7.48 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 289.98 |
| 02/02 | Card Purchase | 01/30 O'Reilly 6763 Crest Hill IL Card 5059 | 23.68 |
| 02/02 | Card Purchase | 01/30 Sunshine Food Mart #5 Romeoville IL Card 5059 | 24.10 |

 **CHASE** ◻

January 31, 2026 through February 27, 2026

Account Number:                0278

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*



| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 02/02 | Card Purchase | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 105.00 |
| 02/02 | ATM Withdrawal | 01/31 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 02/02 | Card Purchase | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 5.19 |
| 02/02 | Card Purchase | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 67.96 |
| 02/02 | Card Purchase | 01/31 O'Reilly 6763 Crest Hill IL Card 5059 | 26.90 |
| 02/02 | Card Purchase With Pin | 02/02 Gas N Wash Divis Crest Hill IL Card 5059 | 48.02 |
| 02/03 | Card Purchase | 02/02 O'Reilly 6763 Crest Hill IL Card 5059 | 17.99 |
| 02/03 | Card Purchase | 02/02 O'Reilly 6763 Crest Hill IL Card 5059 | 151.40 |
| 02/03 | Card Purchase | 02/02 O'Reilly 6763 Crest Hill IL Card 5059 | 328.76 |
| 02/03 | Card Purchase | 02/02 O'Reilly 6763 Crest Hill IL Card 5059 | 6.87 |
| 02/03 | Card Purchase | 02/02 Sunshine Food Mart #5 Romeoville IL Card 5059 | 24.10 |
| 02/03 | ATM Withdrawal | 02/03 1660 Plainfield Rd Crest Hill IL Card 5059 | 600.00 |
| 02/04 | Card Purchase | 02/03 O'Reilly 6763 Crest Hill IL Card 5059 | 21.99 |
| 02/04 | Card Purchase | 02/03 O'Reilly 6763 Crest Hill IL Card 5059 | 165.33 |
| 02/04 | Card Purchase | 02/03 O'Reilly 6763 Crest Hill IL Card 5059 | 49.14 |
| 02/04 | Card Purchase | 02/03 O'Reilly 6763 Crest Hill IL Card 5059 | 20.45 |
| 02/04 | Card Purchase | 02/03 Shell Oil 10090375006 Crest Hill IL Card 5059 | 25.16 |
| 02/04 | Card Purchase | 02/04 Mitchell1 Snap On US 888-724-6742 CA Card 5059 | 57.86 |
| 02/04 | ATM Withdrawal | 02/04 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| 02/05 | Card Purchase | 02/05 Amazon Mktpl*Xp80H9N Amzn.Com/Bill WA Card 5059 | 36.65 |
| 02/05 | Card Purchase | 02/04 Amazon Mktpl*Ah4P53Q Amzn.Com/Bill WA Card 5059 | 43.29 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 14.03 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 83.75 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 76.31 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 107.16 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 9.45 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 376.74 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 49.82 |
| 02/05 | Card Purchase | 02/04 O'Reilly 6763 Crest Hill IL Card 5059 | 135.12 |
| 02/06 | Card Purchase | 02/05 O'Reilly 6763 Crest Hill IL Card 5059 | 144.10 |
| 02/06 | Card Purchase | 02/05 O'Reilly 6763 Crest Hill IL Card 5059 | 151.40 |
| 02/06 | Card Purchase | 02/05 O'Reilly 6763 Crest Hill IL Card 5059 | 337.45 |
| 02/06 | Card Purchase | 02/05 O'Reilly 6763 Crest Hill IL Card 5059 | 16.99 |
| 02/06 | Card Purchase With Pin | 02/06 Farm & Fleet Romeovill Romeoville IL Card 5059 | 79.19 |
| 02/09 | Card Purchase | 02/06 Samsclub.Com 888-746-7726 AR Card 5059 | 69.42 |
| 02/09 | Card Purchase | 02/06 Thomas Toyota of Jolie Joliet IL Card 5059 | 4.50 |
| 02/09 | Card Purchase | 02/06 O'Reilly 6763 Crest Hill IL Card 5059 | 77.00 |
| 02/09 | Card Purchase | 02/06 O'Reilly 6763 Crest Hill IL Card 5059 | 15.99 |
| 02/09 | Card Purchase | 02/06 O'Reilly 6763 Crest Hill IL Card 5059 | 152.94 |
| 02/09 | Card Purchase With Pin | 02/07 Thorntons #0124 #0124 Lockport IL Card 5059 | 25.94 |
| 02/09 | Card Purchase | 02/07 O'Reilly 6763 Crest Hill IL Card 5059 | 11.33 |
| 02/09 | Card Purchase | 02/07 O'Reilly 6763 Crest Hill IL Card 5059 | 10.99 |
| 02/09 | ATM Withdrawal | 02/07 1660 Plainfield Rd Crest Hill IL Card 5059 | 400.00 |
| 02/09 | Card Purchase With Pin | 02/09 Walgreens Store 1801 I Joliet IL Card 5059 | 16.77 |
| 02/10 | Card Purchase | 02/09 O'Reilly 6763 Crest Hill IL Card 5059 | 83.25 |
| 02/10 | Card Purchase | 02/09 O'Reilly 6763 Crest Hill IL Card 5059 | 7.11 |
| 02/10 | Card Purchase | 02/09 Tst* El Burrito Loco - Joliet IL Card 5059 | 35.18 |
| 02/10 | Card Purchase | 02/09 O'Reilly 6763 Crest Hill IL Card 5059 | 37.00 |
| 02/10 | Card Purchase | 02/09 O'Reilly 6763 Crest Hill IL Card 5059 | 62.30 |
| 02/10 | Card Purchase | 02/10 Mitchell1 Snap On US 888-724-6742 CA Card 5059 | 17.24 |
| 02/10 | Card Purchase With Pin | 02/10 Ebay Commerce Inc. San Jose CA Card 5059 | 120.47 |



January 31, 2026 through February 27, 2026

Account Number:                    '0278

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 02/11 | Card Purchase | 02/10 O'Reilly 6763 Crest Hill IL Card 5059 | 4.99 |
| 02/11 | Card Purchase | 02/10 O'Reilly 6763 Crest Hill IL Card 5059 | 75.37 |
| 02/11 | Card Purchase With Pin | 02/11 Thorntons #0124 #0124 Lockport IL Card 5059 | 28.63 |
| 02/12 | Card Purchase | 02/11 O'Reilly 6763 Crest Hill IL Card 5059 | 152.72 |
| 02/12 | Card Purchase | 02/11 O'Reilly 6763 Crest Hill IL Card 5059 | 78.92 |
| 02/12 | Card Purchase | 02/11 O'Reilly 6763 Crest Hill IL Card 5059 | 22.33 |
| 02/12 | Card Purchase With Pin | 02/12 Harbor Freight Tools Crus/Eastern IL Card 5059 | 41.03 |
| 02/12 | Card Purchase With Pin | 02/12 Speedway 43524 Crest Hill IL Card 5059 | 25.73 |
| 02/13 | Card Purchase | 02/12 O'Reilly 6763 Crest Hill IL Card 5059 | 58.46 |
| 02/13 | Card Purchase | 02/12 O'Reilly 6763 Crest Hill IL Card 5059 | 6.99 |
| 02/13 | Card Purchase | 02/12 O'Reilly 6763 Crest Hill IL Card 5059 | 5.17 |
| 02/13 | Card Purchase | 02/12 O'Reilly 6763 Crest Hill IL Card 5059 | 123.92 |
| 02/13 | Card Purchase | 02/12 O'Reilly 6763 Crest Hill IL Card 5059 | 50.73 |
| 02/17 | Recurring Card Purchase 02/14 Comcast Business Mobi 844-963-0206 PA Card 5059 | | 282.11 |
| 02/17 | Card Purchase | 02/13 O'Reilly 6763 Crest Hill IL Card 5059 | 252.62 |
| 02/17 | Card Purchase | 02/13 O'Reilly 6763 Crest Hill IL Card 5059 | 290.56 |
| 02/17 | Card Purchase | 02/13 O'Reilly 6763 Crest Hill IL Card 5059 | 172.28 |
| 02/17 | Card Purchase | 02/13 O'Reilly 6763 Crest Hill IL Card 5059 | 191.68 |
| 02/17 | Card Purchase | 02/13 Sunshine Food Mart #5 Romeoville IL Card 5059 | 31.35 |
| 02/17 | Card Purchase | 02/14 O'Reilly 6763 Crest Hill IL Card 5059 | 352.64 |
| 02/17 | Card Purchase | 02/14 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 02/17 | Card Purchase With Pin | 02/14 Rebel#868 Romeoville IL Card 5059 | 42.33 |
| 02/17 | ATM Withdrawal | 02/14 1660 Plainfield Rd Crest Hill IL Card 5059 | 900.00 |
| 02/17 | Card Purchase With Pin | 02/15 Thorntons #0329 #0329 Romeoville IL Card 5059 | 39.24 |
| 02/17 | Card Purchase | 02/15 Las Islas Marias Chicago IL Card 5059 | 298.01 |
| 02/17 | Card Purchase | 02/17 Amazon Mktpl*8G3V19E Amzn.Com/Bill WA Card 5059 | 43.39 |
| 02/17 | Card Purchase | 02/16 O'Reilly 6763 Crest Hill IL Card 5059 | 88.45 |
| 02/17 | Card Purchase With Pin | 02/17 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 24.19 |
| 02/17 | Card Purchase With Pin | 02/17 Shell Service Station Crest Hill IL Card 5059 | 26.50 |
| 02/18 | Card Purchase | 02/18 Amazon Mktpl*B99Sf1L Amzn.Com/Bill WA Card 5059 | 132.22 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 394.03 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 309.81 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 222.97 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 32.39 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 374.21 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 22.05 |
| 02/18 | Card Purchase | 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 10.21 |
| 02/18 | Card Purchase With Pin | 02/18 Farm & Fleet Romeovill Romeoville IL Card 5059 | 36.33 |
| 02/19 | Card Purchase | 02/18 Samsclub.Com 888-746-7726 AR Card 5059 | 90.25 |
| 02/19 | ATM Withdrawal | 02/19 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 02/20 | Card Purchase | 02/19 Mcdonald's M5512 of IL Cresthill IL Card 5059 | 19.78 |
| 02/20 | Card Purchase | 02/19 O'Reilly 6763 Crest Hill IL Card 5059 | 189.21 |
| 02/20 | Card Purchase | 02/19 O'Reilly 6763 Crest Hill IL Card 5059 | 18.91 |
| 02/20 | Card Purchase | 02/20 Tiktok Shop Tiktok.Com CA Card 5059 | 235.61 |
| 02/20 | ATM Withdrawal | 02/20 399 S Weber Rd Romeoville IL Card 5059 | 200.00 |
| 02/20 | Non-Chase ATM Withdraw 02/20 *Romeoville Romeoville IL Card 5059 | | 304.00 |
| 02/23 | Card Purchase | 02/20 O'Reilly 6763 Crest Hill IL Card 5059 | 24.82 |
| 02/23 | Card Purchase | 02/20 O'Reilly 6763 Crest Hill IL Card 5059 | 7.79 |
| 02/23 | Card Purchase | 02/20 O'Reilly 6763 Crest Hill IL Card 5059 | 26.99 |
| 02/23 | Card Purchase | 02/20 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.74 |
| 02/23 | Card Purchase | 02/21 O'Reilly 6763 Crest Hill IL Card 5059 | 151.99 |

 **CHASE**

January 31, 2026 through February 27, 2026

Account Number:      )278

## ATM & DEBIT CARD WITHDRAWALS (continued)



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/23 | ATM Withdrawal    02/21 399 S Weber Rd Romeoville IL Card 5059 | 860.00 |
| 02/23 | Card Purchase    02/21 O'Reilly 6763 Crest Hill IL Card 5059 | 70.94 |
| 02/23 | Card Purchase    02/21 O'Reilly 6763 Crest Hill IL Card 5059 | 222.99 |
| 02/23 | Card Purchase    02/23 Amazon.Com*B91Qb5Uf2 Amzn.Com/Bill WA Card 5059 | 4.96 |
| 02/23 | Card Purchase With Pin  02/23 Ebay Commerce Inc. San Jose CA Card 5059 | 83.75 |
| 02/23 | Card Purchase With Pin  02/23 Shell Service Station Crest Hill IL Card 5059 | 26.50 |
| 02/24 | Card Purchase    02/23 Menards Crest Hill IL Crest Hill IL Card 5059 | 100.96 |
| 02/24 | Card Purchase With Pin  02/24 Ebay Commerce Inc. San Jose CA Card 5059 | 66.99 |
| 02/24 | Card Purchase With Pin  02/24 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 18.25 |
| 02/25 | Card Purchase    02/23 The Home Depot #1962 Joliet IL Card 5059 | 43.48 |
| 02/25 | Card Purchase    02/24 Snap On-Bill Knippenbe Plainfield IL Card 5059 | 215.00 |
| 02/25 | ATM Withdrawal    02/25 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 02/25 | Card Purchase With Pin  02/25 Shell Service Station Crest Hill IL Card 5059 | 28.98 |
| 02/26 | Card Purchase    02/25 O'Reilly 6763 Crest Hill IL Card 5059 | 6.99 |
| 02/26 | Card Purchase    02/25 O'Reilly 6763 Crest Hill IL Card 5059 | 164.99 |
| 02/26 | Card Purchase    02/25 O'Reilly 6763 Crest Hill IL Card 5059 | 12.15 |
| 02/26 | Card Purchase    02/25 O'Reilly 6763 Crest Hill IL Card 5059 | 14.00 |
| 02/27 | Card Purchase With Pin  02/27 7-Eleven Lyons IL Card 5059 | 37.79 |

**Total ATM & Debit Card Withdrawals**     **$14,832.88**

## ATM & DEBIT CARD SUMMARY

Jesus Sanchez Salazar  Card 5059

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,164.00 |
| Total Card Purchases | $10,668.88 |
| Total Card Deposits & Credits | $3,087.24 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $4,164.00 |
| Total Card Purchases | $10,668.88 |
| Total Card Deposits & Credits | $3,087.24 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | Orig CO Name:C & P Auto Servi    Orig ID:1473846741 Desc Date:260206 CO Entry Descr:Impound  Sec:CCD   Trace#:071102562483294 Eed:260205   Ind ID: Ind Name:Impound    Cpas *0067691787 Trn: 0362483294Tc | $1,027.04 |
| 02/11 | Orig CO Name:Homewood Disposa    Orig ID:5330903620 Desc Date:260210 CO Entry Descr:Purchase  Sec:Web   Trace#:091000015461899 Eed:260211   Ind ID:708-798-1004 Ind Name:Weber Swift Trn: 0425461899Tc | 292.31 |
| 02/12 | Orig CO Name:C & P Auto Servi    Orig ID:1473846741 Desc Date:260213 CO Entry Descr:Impound  Sec:CCD   Trace#:071102564944990 Eed:260212   Ind ID: Ind Name:Impound    Cpas *1148202215 Trn: 0434944990Tc | 918.34 |
| 02/17 | Orig CO Name:Natl Liab & Fire    Orig ID:1362403971 Desc Date:    CO Entry Descr:Ins Prem  Sec:CCD   Trace#:091000019306811 Eed:260217   Ind ID:N9Bp330675    Ind Name:C & P Auto Service, IN Trn: 0489306811Tc | 223.74 |
| 02/18 | Orig CO Name:Sage Software    Orig ID:6541222526 Desc Date:    CO Entry Descr:Collectionsec:CCD   Trace#:111000028842949 Eed:260218   Ind ID: Ind Name:D And P Adam Service C Direct Debiting Trn: 0498842949Tc | 125.92 |

 **CHASE ⬡**

January 31, 2026 through February 27, 2026

Account Number:                    0278

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260220 CO Entry Descr:Impound  Sec:CCD   Trace#:071102567520203 Eed:260219  Ind ID: Ind Name:Impound                                                                Cpas *0484810964 Trn: 0507520203Tc | 918.34 |
| 02/24 | Orig CO Name:Three Insurance     Orig ID:1800948598 Desc Date:     CO Entry Descr:Three Insusec:CCD   Trace#:091000016876143 Eed:260224  Ind ID:St-Y1D0C9H9M4P7          Ind Name:Jesus Sanchez Trn: 0556876143Tc | 517.17 |
| 02/25 | Orig CO Name:Allstate Ins CO     Orig ID:1360719665 Desc Date:Feb 26 CO Entry Descr:Ins Prem  Sec:PPD   Trace#:021000022631120 Eed:260225  Ind ID:               Ind Name:Sanchez Trn: 0562631120Tc | 357.82 |
| 02/26 | Orig CO Name:C & P Auto Servi     Orig ID:1473846741 Desc Date:260227 CO Entry Descr:Impound  Sec:CCD   Trace#:071102560512550 Eed:260226  Ind ID: Ind Name:Impound                                                                Cpas *1476040560 Trn: 0570512550Tc | 909.57 |

**Total Electronic Withdrawals** **$5,290.25**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/20 | Non-Chase ATM Fee-With | $3.00 |
| 02/27 | Monthly Service Fee | 21.00 |

**Total Fees** **$24.00**

**Monthly Service Fee**

**Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.**

**You can use 20 of the following transactions each monthly cycle for no charge:**

- Paper checks written on the account
- Deposits and withdrawals made with a teller

**After 20, Excess Transaction Fees are $0.50 each. Your total transactions: 32.**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/02 | $4,678.65 | 02/11 | 6,977.35 | 02/20 | 4,185.16 |
| 02/03 | 4,117.81 | 02/12 | 7,745.27 | 02/23 | 3,091.86 |
| 02/04 | 6,699.25 | 02/13 | 8,159.50 | 02/24 | 2,886.03 |
| 02/05 | 6,916.23 | 02/17 | 6,921.69 | 02/25 | 989.94 |
| 02/06 | 4,632.53 | 02/18 | 6,825.44 | 02/26 | 467.17 |
| 02/09 | 4,655.66 | 02/19 | 5,513.47 | 02/27 | 992.37 |
| 02/10 | 3,831.80 | | | | |



**CHASE**

January 31, 2026 through February 27, 2026

Account Number: )278



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**IMAGES**

ACCOUNT : :0278

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.



001290690440 FEB 06 #0000000137 $150.00

002180191498 FEB 02 #0000001004 $308.00



009980465031 FEB 02 #0000001007 $38.09

102290473430 FEB 02 #0000001009 $1,116.00

 **CHASE ○**

January 31, 2026 through February 27, 2026

Account Number: **0278**

---

**IMAGES**   (continued)                    ACCOUNT #          )278

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.

009870194200 FEB 13 #0000001010 $167.89          006090848485 FEB 03 #0000001011 $249.98

008490917812 FEB 09 #0000001012 $125.09          006180507204 FEB 10 #0000001013 $27.80

009980921214 FEB 10 #0000001014 $498.68          004180463608 FEB 11 #0000001015 $12.69

009890247037 FEB 11 #0000001016 $710.00          004570026284 FEB 12 #0000001017 $205.70

006170213961 FEB 18 #0000001018 $126.99          001470384245 FEB 17 #0000001019 $150.42

 **CHASE**

January 31, 2026 through February 27, 2026

Account Number:                    .0278

IMAGES   *(continued)*                                         ACCOUNT #                    )278

**See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.**





004770270388 FEB 19 #0000001020 $8.93



002090927569 FEB 19 #0000001021 $270.18



002080651788 FEB 23 #0000001022 $228.92



004770391828 FEB 25 #0000001023 $30.53



004770391829 FEB 25 #0000001024 $21.56



009880968306 FEB 25 #0000001025 $910.00



002580465782 FEB 25 #0000001026 $203.79



009370288155 FEB 06 #0000006046 $688.85



004090781520 FEB 02 #0000060542 $693.14

001170716100 FEB 02 #0000060544 $984.41

 **CHASE**

January 31, 2026 through February 27, 2026

Account Number:   ⸱ 10278

IMAGES   (continued)

ACCOUNT #   10278

**See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.**



006470029752 FEB 09 #0000060545 $693.14



005980569526 FEB 06 #0000060547 $984.41



004270564815 FEB 17 #0000060548 $693.14



008490382254 FEB 13 #0000060549 $688.85



004670243648 FEB 17 #0000060550 $984.41



004670372443 FEB 23 #0000060551 $693.14



006090195790 FEB 20 #0000060552 $688.85



004770796429 FEB 23 #0000060553 $984.41