**Exhibit C**

**February 2026**

**Deposit Explanation**

**CHASE** *February 2026*

January 31, 2026 through February 27, 2026
Account Number: )278

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 02/02 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000285740286 Eed:260202  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0335740286Tc | *Daily sales Deposits Customer Payments* | 2,077.20 |
| 02/02 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000283093588 Eed:260202  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0333093588Tc | | 808.27 |
| 02/03 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000288229917 Eed:260203  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0348229917Tc | | 818.26 |
| 02/04 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000289238465 Eed:260204  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0359238465Tc | | 3,221.37 |
| 02/05 | Card Purchase Return    02/04 O'Reilly 6763 Crest Hill IL Card 5059 | *Auto Parts Refund* | 27.85 |
| 02/05 | Card Purchase Return    02/04 O'Reilly 6763 Crest Hill IL Card 5059 | | 21.29 |
| 02/05 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000285837606 Eed:260205  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0365837606Tc | *Daily Sales Deposits Customer Payments* | 2,127.20 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | *Auto parts Refund* | 135.12 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 91.79 |
| 02/06 | Card Purchase Return    02/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 41.78 |
| 02/09 | Card Purchase Return    02/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 350.80 |
| 02/09 | Card Purchase Return    02/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 62.30 |
| 02/09 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000286733378 Eed:260209  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0406733378Tc | *Daily Sales Deposits Customer Payments* | 629.55 |
| 02/09 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000289578742 Eed:260209  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0409578742Tc | | 583.59 |
| 02/10 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000282880640 Eed:260210  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0412880640Tc | | 65.17 |
| 02/11 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000288187099 Eed:260211  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0428187099Tc | | 4,269.54 |
| 02/12 | Card Purchase Return    02/11 O'Reilly 6763 Crest Hill IL Card 5059 | *Auto Parts Refund* | 260.02 |
| 02/12 | Card Purchase Return    02/11 O'Reilly 6763 Crest Hill IL Card 5059 | | 7.11 |
| 02/12 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000286740211 Eed:260212  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0436740211Tc | *Daily Sales Deposits Customer Payments* | 1,945.56 |
| 02/13 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry<br>Descr:Merch Setlsec:CCD    Trace#:071000284236744 Eed:260213  Ind<br>ID:3130035762048    Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0444236744Tc | | 1,516.24 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | *Auto Parts Refund* | 168.76 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 100.00 |
| 02/17 | Card Purchase Return    02/14 O'Reilly 6763 Crest Hill IL Card 5059 | | 29.55 |
| 02/17 | Card Purchase Return    02/13 O'Reilly 6763 Crest Hill IL Card 5059 | | 22.00 |
| 02/17 | Card Purchase Return    02/16 O'Reilly 6763 Crest Hill IL Card 5059 | | 17.09 |

**CHASE ○**

*February Note* (handwritten)

January 31, 2026 through February 27, 2026

Account Number Y278

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/17 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000280111511 Eed:260217 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0480111511Tc *Daily Sales Deposits Customer Payments* | 1,680.10 |
| 02/17 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000286317423 Eed:260217 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0486317423Tc | 1,282.02 |
| 02/17 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000280113712 Eed:260217 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0480113712Tc | 714.72 |
| 02/18 | Card Purchase Return 02/17 O'Reilly 6763 Crest Hill IL Card 5059 *Auto Parts Refund* | 360.00 |
| 02/18 | Card Purchase Return 02/17 O'Reilly 6763 Crest Hill IL Card 5059 | 32.26 |
| 02/18 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000288832782 Eed:260218 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0498832782Tc *Daily Sales Deposits Customer Payments* | 1,298.62 |
| 02/19 | Card Purchase Return 02/18 O'Reilly 6763 Crest Hill IL Card 5059 *Auto Parts Refund* | 10.21 |
| 02/19 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000281163656 Eed:260219 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0501163656Tc *Daily Sales Deposits Customer Payments* | 165.52 |
| 02/20 | Card Purchase Return 02/19 O'Reilly 6763 Crest Hill IL Card 5059 *Auto Parts Refund* | 142.39 |
| 02/20 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000284120916 Eed:260220 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0514120916Tc *Daily Sales Deposits Customer Payments* | 218.66 |
| 02/23 | Purchase Return 02/23 Ebay Commerce Inc. San Jose CA Card 5059 *Auto Parts Refund* | 83.75 |
| 02/23 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000288462954 Eed:260223 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0548462954Tc *Daily Sales Deposits Customer Payments* | 1,428.39 |
| 02/23 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000280844612 Eed:260223 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0540844612Tc | 807.50 |
| 02/24 | Card Purchase Return 02/23 O'Reilly 6763 Crest Hill IL Card 5059 *Auto Parts Refund* | 222.99 |
| 02/24 | Card Purchase Return 02/23 O'Reilly 6763 Crest Hill IL Card 5059 | 189.21 |
| 02/24 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000283017814 Eed:260224 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0553017814Tc *Daily Sales Deposits Customer Payments* | 85.34 |
| 02/25 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000288032323 Eed:260225 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0568032323Tc | 115.07 |
| 02/26 | Card Purchase Return 02/25 O'Reilly 6763 Crest Hill IL Card 5059 *Auto Parts Refund* | 19.14 |
| 02/26 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000283285518 Eed:260226 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0573285518Tc *Daily Sales Deposits Customer Payments* | 565.79 |
| 02/27 | Orig CO Name:Epx St 035762048 Orig ID:3362085229 Desc Date: CO Entry Descr:Merch Setlsec:CCD Trace#:071000284073497 Eed:260227 Ind ID:3130035762048 Ind Name:Weber Swift Car Care Merch Setl Tm: 0584073497Tc | 583.99 |

**Total Deposits and Additions**     $30,094.91