**Exhibit D**

**February 2026**

**Check Details**

# FEBRUARY CHECKS WRITTEN 2026

| DATE | CHECK# | TO: | AMOUNT | FOR |
|---|---|---|---|---|
| 02/02/26 | 60544 | JESUS SANCHEZ JR. | $984.41 | Employees Payroll |
| 02/02/26 | 1007 | NAPA | $38.09 | Parts and service |
| 02/02/26 | 60542 | ALAN GUZINO | $693.14 | Employees Payroll |
| 02/02/26 | 1004 | K & M TIRE | $308.00 | Tire supplier |
| 02/02/26 | 1009 | K & M TIRE | $1,116.00 | Tire supplier |
| 02/03/26 | 1011 | AUTOZONE | $249.98 | Parts and service |
| 02/06/26 | 137 | CITY OF CREST HILL | $150.00 | License Renewal |
| 02/06/26 | 6046 | RYAN ORDEN | $688.85 | Employees Payroll |
| 02/06/26 | 60547 | JESUS SANCHEZ JR. | $984.41 | Employees Payroll |
| 02/09/26 | 1012 | NAPA | $125.09 | Parts and service |
| 02/09/26 | 60545 | ALAN GUZINO | $693.14 | Employees Payroll |
| 02/10/26 | 1013 | NAPA | $27.80 | Parts and service |
| 02/10/26 | 1014 | TYSON MOTORS | $498.68 | Parts and service |
| 02/11/26 | 1015 | NAPA | $12.69 | Parts and service |
| 02/11/26 | 1016 | VALDES | $710.00 | Oil supplier |
| 02/12/26 | 1017 | RON TIRAPELLI FORD | $205.70 | Parts and service |
| 02/13/26 | 60549 | RYAN ORDEN | $688.85 | Employees Payroll |
| 02/13/26 | 1010 | TWO RIVERS TIRE SUPPLY | $167.89 | Tire supplier |
| 02/17/26 | 60550 | JESUS SANCHEZ JR. | $984.41 | Employees Payroll |
| 02/17/26 | 60548 | ALAN GUZINO | $693.14 | Employees Payroll |
| 02/17/26 | 1019 | TYSON MOTORS | $150.42 | Parts and service |
| 02/18/26 | 1018 | NAPA | $126.99 | Parts and service |
| 02/19/26 | 1020 | NAPA | $8.93 | Parts and service |
| 02/19/26 | 1021 | WESTMONT PORSCHE | $270.18 | Parts and service |
| 02/20/26 | 60552 | RYAN ORDEN | $688.85 | Employees Payroll |
| 02/23/26 | 60553 | JESUS SANCHEZ JR. | $984.41 | Employees Payroll |
| 02/23/26 | 60551 | ALAN GUZINO | $693.14 | Employees Payroll |
| 02/23/26 | 1022 | WESTMONT PORSCHE | $228.92 | Parts and service |
| 02/25/26 | 1023 | NAPA | $30.53 | Parts and service |
| 02/25/26 | 1024 | NAPA | $21.56 | Parts and service |
| 02/25/26 | 1026 | WESTMONT PORSCHE | $203.79 | Parts and service |
| 02/25/26 | 1025 | VALDES | $910.00 | Oil supplier |