**JP Morgan Chase Bank Statement from February 28, 2026 through March 31, 2026**

# CHASE ◑

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

February 28, 2026 through March 31, 2026

Account Number:    **0278**

00003730 DRI 111 211 09126 NNNNNNNNNNN  1 000000000 64 0000
C & P AUTO SERVICE CENTER, INC.
20700 CATON FARM RD
CREST HILL IL 60403-1202

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY

Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$992.37** |
| Deposits and Additions | 60 | 51,072.07 |
| Checks Paid | 33 | -17,781.57 |
| ATM & Debit Card Withdrawals | 187 | -21,299.13 |
| Electronic Withdrawals | 11 | -6,181.76 |
| Fees | 2 | -24.50 |
| **Ending Balance** | **293** | **$6,777.48** |

Your Monthly Service Fee was $15 this statement period.

### How to Avoid the Monthly Service Fee (MSF)
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $975.52.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink[®] Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

**CHASE**

February 28, 2026 through March 31, 2026

Account Number: **0278**

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/02 | Card Purchase Return    02/27 O'Reilly 6763 Crest Hill IL Card 5059 | | $80.59 |
| 03/02 | Card Purchase Return    02/27 O'Reilly 6763 Crest Hill IL Card 5059 | | 22.00 |
| 03/02 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000281258002 Eed:260302   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0611258002Tc | CO Entry | 3,666.96 |
| 03/02 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000288614734 Eed:260302   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0618614734Tc | CO Entry | 1,996.03 |
| 03/03 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000287849859 Eed:260303   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0627849859Tc | CO Entry | 2,772.58 |
| 03/03 | Online Transfer From Chk ...3757 Transaction#: 28288219042 | | 550.00 |
| 03/04 | Card Purchase Return    03/03 O'Reilly 6763 Crest Hill IL Card 5059 | | 125.00 |
| 03/04 | Card Purchase Return    03/03 O'Reilly 6763 Crest Hill IL Card 5059 | | 33.28 |
| 03/04 | Purchase Return          03/04 Mnrd-Crest Hill  Crest Hill IL Card 5059 | | 24.19 |
| 03/04 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000281162654 Eed:260304   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0631162654Tc | CO Entry | 4,023.79 |
| 03/05 | Card Purchase Return    03/04 O'Reilly 6763 Crest Hill IL Card 5059 | | 187.99 |
| 03/05 | Card Purchase Return    03/04 O'Reilly 6763 Crest Hill IL Card 5059 | | 61.07 |
| 03/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000281036021 Eed:260305   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0641036021Tc | CO Entry | 1,835.76 |
| 03/06 | Card Purchase Return    03/05 O'Reilly 6763 Crest Hill IL Card 5059 | | 31.96 |
| 03/06 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000288513613 Eed:260306   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0658513613Tc | CO Entry | 493.23 |
| 03/09 | Purchase Return          02/10 Ebay Commerce Inc. San Jose CA Card 5059 | | 120.47 |
| 03/09 | Card Purchase Return    03/04 Menards Crest Hill IL Crest Hill IL Card 5059 | | 86.39 |
| 03/09 | Card Purchase Return    03/06 O'Reilly 6763 Crest Hill IL Card 5059 | | 15.98 |
| 03/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000287489743 Eed:260309   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0687489743Tc | CO Entry | 3,277.53 |
| 03/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000284448700 Eed:260309   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0684448700Tc | CO Entry | 24.04 |
| 03/10 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000282206154 Eed:260310   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0692206154Tc | CO Entry | 1,142.22 |
| 03/11 | Card Purchase Return    03/10 O'Reilly 6763 Crest Hill IL Card 5059 | | 366.89 |
| 03/11 | Card Purchase Return    03/10 Samsclub #8298 Joliet IL Card 5059 | | 13.51 |
| 03/11 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD    Trace#:071000289092204 Eed:260311   Ind ID:3130035762048          Ind Name:Weber Swift Car Care Merch Setl Trn: 0709092204Tc | CO Entry | 1,034.85 |
| 03/12 | Card Purchase Return    03/11 O'Reilly 6763 Crest Hill IL Card 5059 | | 4.88 |

**CHASE** ⬡

February 28, 2026 through March 31, 2026

Account Number:                        **0278**

## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 03/12 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000289671526 Eed:260312  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0719671526Tc | CO Entry | 1,111.10 |
| 03/13 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288341845 Eed:260313  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0728341845Tc | CO Entry | 1,899.01 |
| 03/16 | Card Purchase Return    03/15 O'Reilly 6763 Crest Hill IL Card 5059 | | 97.85 |
| 03/16 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288811274 Eed:260316  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0758811274Tc | CO Entry | 1,751.03 |
| 03/16 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283366285 Eed:260316  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0753366285Tc | CO Entry | 1,546.81 |
| 03/17 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000287901082 Eed:260317  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0767901082Tc | CO Entry | 193.93 |
| 03/18 | ATM Check Deposit       03/18 399 S Weber Rd Romeoville IL Card 1987 | | 622.53 |
| 03/18 | Card Purchase Return    03/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 212.18 |
| 03/18 | Card Purchase Return    03/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 53.03 |
| 03/18 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284372155 Eed:260318  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0774372155Tc | CO Entry | 864.77 |
| 03/19 | Card Purchase Return    03/18 O'Reilly 6763 Crest Hill IL Card 5059 | | 89.95 |
| 03/19 | Card Purchase Return    03/18 O'Reilly 6763 Crest Hill IL Card 5059 | | 18.09 |
| 03/19 | Card Purchase Return    03/18 O'Reilly 6763 Crest Hill IL Card 5059 | | 15.45 |
| 03/19 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000281972248 Eed:260319  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0781972248Tc | CO Entry | 4,498.60 |
| 03/20 | Card Purchase Return    03/19 O'Reilly 6763 Crest Hill IL Card 5059 | | 106.80 |
| 03/20 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000284868699 Eed:260320  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0794868699Tc | CO Entry | 3,263.38 |
| 03/23 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288222668 Eed:260323  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0828222668Tc | CO Entry | 1,228.43 |
| 03/23 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000280933498 Eed:260323  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0820933498Tc | CO Entry | 1,112.11 |
| 03/24 | Card Purchase Return    03/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 129.60 |
| 03/24 | Purchase Return       02/24 Ebay Commerce Inc. San Jose CA Card 5059 | | 66.99 |
| 03/24 | Card Purchase Return    03/23 O'Reilly 6763 Crest Hill IL Card 5059 | | 25.00 |
| 03/24 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000283559010 Eed:260324  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0833559010Tc | CO Entry | 2,724.50 |
| 03/25 | Orig CO Name:Epx St 035762048       Orig ID:3362085229 Desc Date:<br>Descr:Merch Setlsec:CCD    Trace#:071000288251479 Eed:260325  Ind<br>ID:3130035762048         Ind Name:Weber Swift Car Care<br>Merch Setl Trn: 0848251479Tc | CO Entry | 3,447.55 |



**CHASE** ⬡

February 28, 2026 through March 31, 2026

Account Number:     **0278**

## DEPOSITS AND ADDITIONS | (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 03/26 | ATM Check Deposit      03/26 399 S Weber Rd Romeoville IL Card 1987 | | 639.17 |
| 03/26 | ATM Cash Deposit      03/26 399 S Weber Rd Romeoville IL Card 1987 | | 200.00 |
| 03/26 | Card Purchase Return   03/25 O'Reilly 6763 Crest Hill IL Card 5059 | | 51.80 |
| 03/26 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000284072765 Eed:260326   Ind ID:3130035762048         Ind Name:Weber Swift Car Care Merch Setl Trn: 0854072765Tc | CO Entry | 430.57 |
| 03/27 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000280975844 Eed:260327   Ind ID:3130035762048         Ind Name:Weber Swift Car Care Merch Setl Trn: 0860975844Tc | CO Entry | 160.72 |
| 03/30 | Card Purchase Return   03/28 O'Reilly 6763 Crest Hill IL Card 5059 | | 40.00 |
| 03/30 | Card Purchase Return   03/27 O'Reilly 6763 Crest Hill IL Card 5059 | | 39.99 |
| 03/30 | Card Purchase Return   03/27 O'Reilly 6763 Crest Hill IL Card 5059 | | 13.70 |
| 03/30 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000289453819 Eed:260330   Ind ID:3130035762048         Ind Name:Weber Swift Car Care Merch Setl Trn: 0899453819Tc | CO Entry | 1,124.43 |
| 03/30 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000282662994 Eed:260330   Ind ID:3130035762048         Ind Name:Weber Swift Car Care Merch Setl Trn: 0892662994Tc | CO Entry | 250.37 |
| 03/31 | Card Purchase Return   03/30 O'Reilly 6763 Crest Hill IL Card 5059 | | 80.00 |
| 03/31 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date: Descr:Merch Setlsec:CCD   Trace#:071000285971103 Eed:260331   Ind ID:3130035762048         Ind Name:Weber Swift Car Care Merch Setl Trn: 0905971103Tc | CO Entry | 971.44 |

**Total Deposits and Additions**      **$51,072.07**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|-------:|
| 138   ^ | | 03/02 | $3,000.00 |
| 1027  * ^ | | 03/02 | 128.99 |
| 1028  ^ | | 03/02 | 20.22 |
| 1029  ^ | | 03/04 | 506.00 |
| 1030  ^ | | 03/09 | 392.00 |
| 1031  ^ | | 03/12 | 193.49 |
| 1032  ^ | | 03/12 | 204.81 |
| 1034  * ^ | | 03/12 | 36.76 |
| 1035  ^ | | 03/16 | 852.00 |
| 1036  ^ | | 03/18 | 53.16 |
| 1037  ^ | | 03/17 | 42.84 |
| 1038  ^ | | 03/18 | 114.49 |
| 1039  ^ | | 03/19 | 104.38 |
| 1041  * ^ | | 03/20 | 365.00 |
| 1042  ^ | | 03/23 | 40.18 |
| 1043  ^ | | 03/23 | 300.00 |
| 1044  ^ | | 03/24 | 180.00 |
| 1045  ^ | | 03/26 | 72.00 |
| 1046  ^ | | 03/30 | 32.05 |
| 60554  * ^ | | 03/02 | 693.14 |
| 60556  * ^ | | 03/09 | 984.41 |

**CHASE** ⬡

February 28, 2026 through March 31, 2026

Account Number:          **0278**

## CHECKS PAID | *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 60557 ^ | | 03/09 | 693.14 |
| 60558 ^ | 03/06 | 03/06 | 688.85 |
| 60559 ^ | | 03/09 | 984.41 |
| 60560 ^ | | 03/16 | 693.14 |
| 60561 ^ | 03/13 | 03/13 | 688.85 |
| 60562 ^ | | 03/13 | 984.46 |
| 60563 ^ | | 03/23 | 693.14 |
| 60564 ^ | 03/20 | 03/20 | 688.85 |
| 60565 ^ | | 03/24 | 984.41 |
| 60566 ^ | | 03/30 | 693.14 |
| 60567 ^ | 03/27 | 03/27 | 688.85 |
| 60568 ^ | | 03/30 | 984.41 |

**Total Checks Paid**                    **$17,781.57**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/02 | Card Purchase | 02/27 O'Reilly 6763 Crest Hill IL Card 5059 | $219.99 |
| 03/02 | Card Purchase | 02/27 O'Reilly 6763 Crest Hill IL Card 5059 | 130.15 |
| 03/02 | Card Purchase | 02/27 O'Reilly 6763 Crest Hill IL Card 5059 | 20.89 |
| 03/02 | Card Purchase | 02/27 O'Reilly 6763 Crest Hill IL Card 5059 | 50.60 |
| 03/02 | Card Purchase | 02/27 O'Reilly 6763 Crest Hill IL Card 5059 | 185.59 |
| 03/02 | Card Purchase | 02/27 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.02 |
| 03/02 | Card Purchase | 02/28 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 03/02 | Card Purchase | 02/28 Prime Video *B996P4P1 888-802-3080 WA Card 5059 | 19.99 |
| 03/02 | Card Purchase | 03/01 Mcdonald's F31729 Romeoville IL Card 5059 | 23.23 |
| 03/02 | Card Purchase | 03/01 Fullers Car Wash of Cre Crest Hill IL Card 5059 | 15.00 |
| 03/02 | Card Purchase With Pin | 03/01 Speedway 43524 Crest Hill IL Card 5059 | 25.83 |
| 03/02 | ATM Withdrawal | 03/02 1660 Plainfield Rd Crest Hill IL Card 5059 | 400.00 |
| 03/02 | ATM Withdrawal | 03/02 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 140.60 |
| 03/03 | Card Purchase | 03/02 Tst*El Burrito Loco - C Crest Hill IL Card 5059 | 47.79 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 148.32 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 19.99 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 329.98 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 132.00 |
| 03/03 | Card Purchase | 03/02 O'Reilly 6763 Crest Hill IL Card 5059 | 132.00 |
| 03/03 | Card Purchase | 03/03 Amazon Mktpl*B93AZ1K Amzn.Com/Bill WA Card 5059 | 33.47 |
| 03/03 | Card Purchase With Pin | 03/03 Shell Service Station Crest Hill IL Card 5059 | 26.50 |
| 03/04 | Card Purchase | 03/03 O'Reilly 6763 Crest Hill IL Card 5059 | 65.99 |
| 03/04 | Card Purchase | 03/03 O'Reilly 6763 Crest Hill IL Card 5059 | 289.98 |
| 03/04 | Card Purchase | 03/03 Scott Street Parking LI Joliet IL Card 5059 | 1.00 |
| 03/04 | Card Purchase | 03/03 O'Reilly 6763 Crest Hill IL Card 5059 | 124.81 |
| 03/04 | Card Purchase With Pin | 03/04 Shell Service Station Crest Hill IL Card 5059 | 26.50 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 39.98 |

**CHASE** ◯

February 28, 2026 through March 31, 2026

Account Number:                    **0278**

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 38.75 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 187.99 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 185.27 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 44.60 |
| 03/05 | Card Purchase | 03/04 O'Reilly 6763 Crest Hill IL Card 5059 | 15.98 |
| 03/05 | Card Purchase | 03/05 Amazon Mktpl*Be1Vp9B Amzn.Com/Bill WA Card 5059 | 13.01 |
| 03/05 | Card Purchase With Pin | 03/05 Uber Technologies, Inc Wilmington De Card 5059 | 25.39 |
| 03/06 | Card Purchase | 03/05 O'Reilly 6763 Crest Hill IL Card 5059 | 63.92 |
| 03/06 | Card Purchase | 03/05 O'Reilly 6763 Crest Hill IL Card 5059 | 42.09 |
| 03/09 | Card Purchase | 03/06 Snap On-Bill Knippenbe Plainfield IL Card 5059 | 110.00 |
| 03/09 | Card Purchase | 03/06 O'Reilly 6763 Crest Hill IL Card 5059 | 33.24 |
| 03/09 | Card Purchase | 03/06 O'Reilly 6763 Crest Hill IL Card 5059 | 52.35 |
| 03/09 | Card Purchase | 03/06 O'Reilly 6763 Crest Hill IL Card 5059 | 18.78 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 12.76 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 289.98 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 361.99 |
| 03/09 | Card Purchase | 03/07 Tst*El Burrito Loco - C Crest Hill IL Card 5059 | 22.07 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 14.30 |
| 03/09 | ATM Withdrawal | 03/07 1660 Plainfield Rd Crest Hill IL Card 5059 | 920.00 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 20.55 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 52.17 |
| 03/09 | Card Purchase | 03/07 O'Reilly 6763 Crest Hill IL Card 5059 | 15.41 |
| 03/09 | Card Purchase With Pin | 03/08 Sunshine Food Mart #5 Romeoville IL Card 5059 | 51.79 |
| 03/09 | ATM Withdrawal | 03/09 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 03/09 | Card Purchase With Pin | 03/09 Murphy Express Naperville IL Card 1987 | 35.13 |
| 03/10 | Card Purchase | 03/09 Express Car Wash Romeoville IL Card 5059 | 8.00 |
| 03/10 | Card Purchase | 03/09 Joeys Express Crest Hl 708-8333393 IL Card 5059 | 15.19 |
| 03/10 | Card Purchase | 03/09 O'Reilly 6763 Crest Hill IL Card 5059 | 331.87 |
| 03/10 | Card Purchase With Pin | 03/10 Ebay Commerce Inc. San Jose CA Card 5059 | 129.55 |
| 03/11 | Card Purchase | 03/10 O'Reilly 6763 Crest Hill IL Card 5059 | 264.15 |
| 03/11 | Card Purchase | 03/10 O'Reilly 6763 Crest Hill IL Card 5059 | 96.29 |
| 03/11 | Card Purchase | 03/10 Sunshine Food Mart #5 Romeoville IL Card 5059 | 26.84 |
| 03/11 | Card Purchase With Pin | 03/10 Uber Technologies, Inc Wilmington De Card 5059 | 23.09 |
| 03/11 | Card Purchase With Pin | 03/11 Ebay Commerce Inc. San Jose CA Card 5059 | 82.07 |
| 03/11 | Card Purchase With Pin | 03/11 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 24.34 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 107.89 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 42.25 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 27.80 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 4.88 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 9.40 |
| 03/12 | Card Purchase | 03/11 O'Reilly 6763 Crest Hill IL Card 5059 | 30.01 |
| 03/12 | Card Purchase With Pin | 03/12 Rebel#868 Romeoville IL Card 1987 | 40.58 |
| 03/13 | Card Purchase | 03/12 O'Reilly 6763 Crest Hill IL Card 5059 | 49.59 |
| 03/13 | Card Purchase | 03/12 O'Reilly 6763 Crest Hill IL Card 5059 | 32.90 |
| 03/13 | Card Purchase With Pin | 03/13 Firestone311486 Joliet IL Card 5059 | 355.98 |
| 03/16 | Card Purchase | 03/13 O'Reilly 6763 Crest Hill IL Card 5059 | 89.95 |
| 03/16 | Card Purchase | 03/13 O'Reilly 6763 Crest Hill IL Card 5059 | 7.79 |
| 03/16 | Card Purchase | 03/13 O'Reilly 6763 Srest Hill IL Card 5059 | 200.59 |
| 03/16 | Card Purchase | 03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 15.41 |
| 03/16 | ATM Withdrawal | 03/14 1660 Plainfield Rd Crest Hill IL Card 5059 | 940.00 |

**CHASE** ○

February 28, 2026 through March 31, 2026

Account Number:                    0278



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/16 | Card Purchase          03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 61.02 |
| 03/16 | Card Purchase          03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 134.99 |
| 03/16 | Card Purchase          03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 12.76 |
| 03/16 | Card Purchase          03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 12.49 |
| 03/16 | Card Purchase          03/14 O'Reilly 6763 Crest Hill IL Card 5059 | 136.47 |
| 03/16 | Card Purchase With Pin  03/14 Speedway 43524 Crest Hill IL Card 5059 | 27.98 |
| 03/16 | Card Purchase With Pin  03/15 Uber Technologies, Inc Wilmington De Card 5059 | 71.87 |
| 03/16 | ATM Withdrawal          03/16 1660 Plainfield Rd Crest Hill IL Card 5059 | 260.00 |
| 03/16 | Card Purchase With Pin  03/16 Speedway 43524 Crest Hill IL Card 5059 | 23.76 |
| 03/17 | Recurring Card Purchase 03/17 Comcast Business Mobi 844-963-0206 PA Card 5059 | 323.77 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 50.60 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 21.83 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 71.17 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 18.09 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 12.99 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 23.79 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 64.40 |
| 03/17 | Card Purchase          03/16 O'Reilly 6763 Crest Hill IL Card 5059 | 212.18 |
| 03/17 | Card Purchase With Pin  03/17 Mnrd-Crest Hill 17441 Crest Hill IL Card 5059 | 4.71 |
| 03/17 | Card Purchase With Pin  03/17 Speedway 43524 Crest Hill IL Card 1987 | 38.07 |
| 03/17 | Card Purchase With Pin  03/17 Ebay Commerce Inc. San Jose CA Card 5059 | 43.20 |
| 03/18 | Card Purchase          03/17 O'Reilly 6763 Crest Hill IL Card 5059 | 63.02 |
| 03/18 | Card Purchase          03/17 O'Reilly 6763 Crest Hill IL Card 5059 | 53.03 |
| 03/18 | Card Purchase          03/17 Sq *Mariscos El Huichol Joliet IL Card 5059 | 145.06 |
| 03/18 | Card Purchase          03/17 O'Reilly 6763 Crest Hill IL Card 5059 | 72.92 |
| 03/18 | Card Purchase With Pin  03/18 Speedway 43524 Crest Hill IL Card 1987 | 24.03 |
| 03/18 | Card Purchase With Pin  03/18 Speedway 43524 Crest Hill IL Card 1987 | 45.15 |
| 03/18 | Card Purchase With Pin  03/18 Uber Technologies, Inc Wilmington De Card 5059 | 28.70 |
| 03/19 | Card Purchase          03/18 O'Reilly 6763 Crest Hill IL Card 5059 | 9.43 |
| 03/19 | Card Purchase          03/18 O'Reilly 6763 Crest Hill IL Card 5059 | 14.45 |
| 03/19 | Card Purchase          03/18 O'Reilly 6763 Crest Hill IL Card 5059 | 337.08 |
| 03/19 | Card Purchase          03/18 O'Reilly 6763 Crest Hill IL Card 5059 | 20.35 |
| 03/19 | Card Purchase          03/18 O'Reilly 6763 Crest Hill IL Card 5059 | 72.74 |
| 03/19 | Card Purchase          03/18 Napleton Audi Naperville IL Card 1987 | 122.12 |
| 03/19 | Card Purchase          03/18 Express Car Wash Romeoville IL Card 1987 | 15.00 |
| 03/19 | Card Purchase          03/19 Tiktok Shop Tiktok.Com CA Card 5059 | 29.82 |
| 03/19 | Card Purchase With Pin  03/19 Samsclub #8298 Joliet IL Card 1987 | 20.10 |
| 03/19 | ATM Withdrawal          03/19 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |
| 03/20 | Card Purchase          03/20 Tiktok Shop Tiktok.Com CA Card 5059 | 17.91 |
| 03/20 | Card Purchase          03/19 Mcdonald's F31729 Romeoville IL Card 1987 | 17.54 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 30.89 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 15.99 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 161.98 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 588.66 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 120.00 |
| 03/20 | Card Purchase          03/19 O'Reilly 6763 Crest Hill IL Card 5059 | 60.00 |
| 03/20 | Card Purchase With Pin  03/20 Speedway 43524 Crest Hill IL Card 1987 | 25.09 |
| 03/20 | Card Purchase With Pin  03/20 Wm Supercenter #4531 Romeoville IL Card 1987 | 64.02 |
| 03/20 | Card Purchase With Pin  03/20 Firestone311486 Joliet IL Card 1987 | 163.74 |
| 03/20 | ATM Withdrawal          03/20 1660 Plainfield Rd Crest Hill IL Card 1987 | 300.00 |
| 03/20 | ATM Withdrawal          03/20 1660 Plainfield Rd Crest Hill IL Card 5059 | 200.00 |

**CHASE ◯**

February 28, 2026 through March 31, 2026

Account Number:                    0278

## ATM & DEBIT CARD WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|-------:|
| 03/23 | Card Purchase | 03/20 Tiktok Shop Tiktok.Com CA Card 5059 | 39.93 |
| 03/23 | Card Purchase | 03/20 Snap On-Bill Knippenbe Plainfield IL Card 5059 | 110.00 |
| 03/23 | Card Purchase | 03/20 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 03/23 | Card Purchase | 03/21 Mitchell1 Snap On US 888-724-6742 CA Card 5059 | 360.00 |
| 03/23 | Card Purchase | 03/20 O'Reilly 6763 Crest Hill IL Card 5059 | 98.44 |
| 03/23 | Card Purchase | 03/20 Shell Oil 57445180102 Romeoville IL Card 5059 | 23.34 |
| 03/23 | Card Purchase | 03/21 Napleton Westmont Porsc Westmont IL Card 5059 | 8.19 |
| 03/23 | Card Purchase | 03/21 O'Reilly 6763 Crest Hill IL Card 5059 | 27.78 |
| 03/23 | Card Purchase With Pin | 03/21 Speedway 43514 Shorewood IL Card 1987 | 40.00 |
| 03/23 | Card Purchase | 03/21 O'Reilly 6763 Crest Hill IL Card 5059 | 154.99 |
| 03/23 | Card Purchase | 03/21 O'Reilly 6763 Crest Hill IL Card 5059 | 28.29 |
| 03/23 | ATM Withdrawal | 03/21 1660 Plainfield Rd Crest Hill IL Card 5059 | 960.00 |
| 03/23 | Card Purchase With Pin | 03/22 Uber *Elburritoloc San Francisco CA Card 5059 | 61.86 |
| 03/23 | Card Purchase | 03/22 Sunshine Food Mart #5 Romeoville IL Card 5059 | 37.81 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 49.60 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 42.60 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 269.98 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 80.94 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 144.99 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 230.74 |
| 03/24 | Card Purchase | 03/23 O'Reilly 6763 Crest Hill IL Card 5059 | 56.97 |
| 03/24 | Card Purchase | 03/23 Joeys Express Crest HI 708-8333393 IL Card 5059 | 21.50 |
| 03/24 | Card Purchase | 03/23 Joeys Express Crest HI 708-8333393 IL Card 5059 | 14.34 |
| 03/24 | Card Purchase | 03/24 Mitchell1 Snap On US 888-724-6742 CA Card 5059 | 160.92 |
| 03/24 | Card Purchase With Pin | 03/24 Uber Technologies, Inc Wilmington De Card 5059 | 40.94 |
| 03/25 | Card Purchase | 03/24 O'Reilly 6763 Crest Hill IL Card 5059 | 30.43 |
| 03/25 | Card Purchase | 03/24 O'Reilly 6763 Crest Hill IL Card 5059 | 46.90 |
| 03/25 | Card Purchase | 03/24 O'Reilly 6763 Crest Hill IL Card 5059 | 160.97 |
| 03/25 | Card Purchase | 03/24 O'Reilly 6763 Crest Hill IL Card 5059 | 138.05 |
| 03/25 | Card Purchase | 03/24 O'Reilly 6763 Crest Hill IL Card 5059 | 48.60 |
| 03/25 | Card Purchase | 03/25 Auto Buffy Inc. Www.Autobuffy MD Card 1987 | 224.13 |
| 03/25 | Card Purchase | 03/24 Tst*El Burrito Loco - C Crest Hill IL Card 5059 | 48.46 |
| 03/25 | Card Purchase With Pin | 03/24 Shell Service Station Crest Hill IL Card 5059 | 40.18 |
| 03/26 | Card Purchase | 03/25 O'Reilly 6763 Crest Hill IL Card 5059 | 9.98 |
| 03/26 | Recurring Card Purchase | 03/26 Teamviewer US, Inc 800-9514573 FL Card 1987 | 324.20 |
| 03/26 | Card Purchase With Pin | 03/26 Ebay Commerce Inc. San Jose CA Card 5059 | 86.39 |
| 03/26 | Card Purchase With Pin | 03/26 Speedway 43551 Lockport IL Card 1987 | 50.06 |
| 03/26 | Non-Chase ATM Withdraw | 03/26 *Romeoville Romeoville IL Card 5059 | 404.00 |
| 03/27 | Card Purchase | 03/26 O'Reilly 6763 Crest Hill IL Card 5059 | 13.70 |
| 03/27 | Card Purchase | 03/26 O'Reilly 6763 Crest Hill IL Card 5059 | 107.99 |
| 03/27 | Card Purchase | 03/26 O'Reilly 6763 Crest Hill IL Card 5059 | 56.97 |
| 03/27 | Card Purchase | 03/26 Sunshine Food Mart #5 Romeoville IL Card 5059 | 32.11 |
| 03/30 | Card Purchase | 03/26 Mcdonalds 1729 181-5741220 IL Card 1987 | 16.05 |
| 03/30 | Card Purchase | 03/27 O'Reilly 6763 Crest Hill IL Card 5059 | 385.15 |
| 03/30 | Card Purchase | 03/27 O'Reilly 6763 Crest Hill IL Card 5059 | 39.99 |
| 03/30 | Card Purchase | 03/28 O'Reilly 6763 Crest Hill IL Card 5059 | 22.99 |
| 03/30 | Card Purchase | 03/28 O'Reilly 6763 Crest Hill IL Card 5059 | 155.27 |
| 03/30 | Card Purchase | 03/28 O'Reilly 6763 Crest Hill IL Card 5059 | 11.99 |
| 03/30 | Card Purchase | 03/28 Tst*El Burrito Loco - C Crest Hill IL Card 5059 | 19.22 |
| 03/30 | Card Purchase With Pin | 03/28 7-Eleven 38958 Plainfield IL Card 1987 | 55.85 |
| 03/30 | ATM Withdrawal | 03/28 1660 Plainfield Rd Crest Hill IL Card 5059 | 900.00 |

## CHASE ⬤

February 28, 2026 through March 31, 2026

Account Number: **0278**



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/30 | Card Purchase      03/28 Shell Oil 57445180102 Romeoville IL Card 5059 | 25.74 |
| 03/30 | Card Purchase      03/29 Popeyes 13676 Romeoville IL Card 1987 | 55.41 |
| 03/30 | ATM Withdrawal      03/30 1660 Plainfield Rd Crest Hill IL Card 5059 | 300.00 |
| 03/30 | Card Purchase With Pin  03/30 Ebay Commerce Inc. San Jose CA Card 5059 | 274.32 |
| 03/31 | Card Purchase      03/30 O'Reilly 6763 Crest Hill IL Card 5059 | 356.94 |
| 03/31 | Card Purchase      03/30 O'Reilly 6763 Crest Hill IL Card 5059 | 155.08 |
| **Total ATM & Debit Card Withdrawals** | | **$21,299.13** |

## ATM & DEBIT CARD SUMMARY

Elsa P Sanchez  Card 1987

| | |
|---|---|
| Total ATM Withdrawals & Debits | $300.00 |
| Total Card Purchases | $1,376.27 |
| Total Card Deposits & Credits | $1,461.70 |

Jesus Sanchez Salazar  Card 5059

| | |
|---|---|
| Total ATM Withdrawals & Debits | $5,884.00 |
| Total Card Purchases | $13,738.86 |
| Total Card Deposits & Credits | $2,214.63 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $6,184.00 |
| Total Card Purchases | $15,115.13 |
| Total Card Deposits & Credits | $3,676.33 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | 03/02 Online Transfer To Chk ...3757 Transaction#: 28282795149 | $600.00 |
| 03/06 | Orig CO Name:C & P Auto Servi      Orig ID:1473846741 Desc Date:260306 CO Entry Descr:Impound  Sec:CCD   Trace#:071102561034629 Eed:260306  Ind ID: Ind Name:Impound                                                 Cpas *0048305295 Trn: 0651034629Tc | 908.03 |
| 03/06 | Orig CO Name:Nicor Gas      Orig ID:8200406241 Desc Date:260306 CO Entry Descr:Nicpaymentsec:Web   Trace#:091000011194731 Eed:260306  Ind ID:0912504305 Ind Name:Angelo's Firestone % R Trn: 0651194731Tc | 699.62 |
| 03/13 | Orig CO Name:C & P Auto Servi      Orig ID:1473846741 Desc Date:260313 CO Entry Descr:Impound  Sec:CCD   Trace#:071102561438396 Eed:260313  Ind ID: Ind Name:Impound                                                 Cpas *0872896169 Trn: 0721438396Tc | 907.93 |
| 03/18 | Orig CO Name:Natl Liab & Fire      Orig ID:1362403971 Desc Date:      CO Entry Descr:Ins Prem Sec:CCD   Trace#:091000011548717 Eed:260318  Ind ID:N9Bp330675          Ind Name:C & P Auto Service, IN Trn: 0771548717Tc | 223.74 |
| 03/18 | Orig CO Name:Sage Software      Orig ID:6541222526 Desc Date:      CO Entry Descr:Collectionsec:CCD   Trace#:111000024410500 Eed:260318  Ind ID: Ind Name:D And P Adam Service C Direct Debiting Trn: 0774410500Tc | 125.92 |
| 03/20 | Orig CO Name:Three Insurance      Orig ID:1800948598 Desc Date:      CO Entry Descr:Three Insusec:CCD   Trace#:091000018820276 Eed:260320  Ind ID:St-U7D0Z2Y1J9Y2          Ind Name:Jesus Sanchez Trn: 0798820276Tc | 517.17 |
| 03/20 | Orig CO Name:C & P Auto Servi      Orig ID:1473846741 Desc Date:260320 CO Entry Descr:Impound  Sec:CCD   Trace#:071102567908201 Eed:260320  Ind ID: Ind Name:Impound                                                 Cpas *1091336805 Trn: 0797908201Tc | 904.65 |

# CHASE ⬡

February 28, 2026 through March 31, 2026

Account Number: )278

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/25 | Orig CO Name:Allstate Ins CO      Orig ID:1360719665 Desc Date:Mar 26 CO Entry Descr:Ins Prem Sec:PPD   Trace#:021000023069490 Eed:260325   Ind ID:      Ind Name:Sanchez Trn: 0843069490Tc | 357.82 |
| 03/27 | Orig CO Name:C & P Auto Servi      Orig ID:1473846741 Desc Date:260327 CO Entry Descr:Impound  Sec:CCD   Trace#:071102565719722 Eed:260327   Ind ID: Ind Name:Impound      Cpas *1467997493 Trn: 0865719722Tc | 900.90 |
| 03/30 | Orig CO Name:Stealth Security      Orig ID:36-4257467 Desc Date:260330 CO Entry Descr:ACH Col  Sec:CCD   Trace#:271973920666983 Eed:260330   Ind ID:15th Monthly Ind Name:Firestone Trn: 0890666983Tc | 35.98 |

**Total Electronic Withdrawals** **$6,181.76**

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | Non-Chase ATM Fee-With | $3.00 |
| 03/31 | Monthly Service Fee | 21.50 |

**Total Fees** **$24.50**

**Monthly Service Fee**

**Excess Transaction Fees will be in addition to the Monthly Service Fee of either $0 or $15.00. The sum of the Monthly Service Fee and Excess Transaction Fees will be included in the AMOUNT above.**

**You can use 20 of the following transactions each monthly cycle for no charge:**

- Paper checks written on the account
- Deposits and withdrawals made with a teller

**After 20, Excess Transaction Fees are $0.50 each. Your total transactions: 33.**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/02 | $975.52 | 03/12 | 6,225.09 | 03/23 | 7,046.35 |
| 03/03 | 3,287.45 | 03/13 | 5,104.39 | 03/24 | 7,714.51 |
| 03/04 | 6,479.43 | 03/16 | 4,959.86 | 03/25 | 10,066.52 |
| 03/05 | 7,868.29 | 03/17 | 4,226.15 | 03/26 | 10,438.43 |
| 03/06 | 5,990.97 | 03/18 | 5,029.44 | 03/27 | 8,798.63 |
| 03/09 | 4,250.90 | 03/19 | 8,706.06 | 03/30 | 6,259.56 |
| 03/10 | 4,908.51 | 03/20 | 7,834.75 | 03/31 | 6,777.48 |
| 03/11 | 5,806.98 | | | | |

# CHASE 🛑

February 28, 2026 through March 31, 2026

Account Number:                **0278**



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

**IMAGES**                                          ACCOUNT #              )278

---

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**

002570675509 MAR 02 #0000000138 $3,000.00

003580503981 MAR 02 #0000001027 $128.99

003580515351 MAR 02 #0000001028 $20.22

109180720961 MAR 04 #0000001029 $506.00

# CHASE 🬞

February 28, 2026 through March 31, 2026

Account Number: **0278**

**IMAGES**   (continued)                                   ACCOUNT # '          :0278

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.

---

| | |
|---|---|
| **1030** — C & P AUTO SERVICE CENTER, INC. DATE 3/9/26 PAY TO THE ORDER OF K + M TIRE $392.00 THREE HUNDRED NINETY TWO AND 00/100 FOR INV 422485248 Jesse Sanchez | **1031** — C & P AUTO SERVICE CENTER, INC. DATE 3/9/26 PAY TO THE ORDER OF SERGIO SANCHEZ $193.49 ONE HUNDRED NINETY THREE AND 49/100 FOR IT COMPUTER SERVICE Jesse Sanchez |
| 003170802635 MAR 09 #0000001030 $392.00 | 002670132369 MAR 12 #0000001031 $193.49 |
| **1032** — C & P AUTO SERVICE CENTER, INC. DATE 3/10/26 PAY TO THE ORDER OF NAPA $204.81 TWO HUNDRED FOUR AND 81/100 FOR INV 894982 Jesse Sanchez | **1034** — 209058 C & P AUTO SERVICE CENTER, INC. DATE 3/11/26 PAY TO THE ORDER OF WESTMONT PORSCHE $36.76 THIRTY SIX AND 76/100 FOR INV 999189 Jesse Sanchez |
| 004180113055 MAR 12 #0000001032 $204.81 | 009180564171 MAR 12 #0000001034 $36.76 |
| **1035** — C & P AUTO SERVICE CENTER, INC. DATE 3/13/26 PAY TO THE ORDER OF K + M TIRE $852.00 EIGHT HUNDRED FIFTY TWO AND 00/100 FOR INV 422486885 Jesse Sanchez | **1036** — C & P AUTO SERVICE CENTER, INC. DATE 3/13/26 PAY TO THE ORDER OF Advance Auto Parts $53.16 Fifty-Three Dollars 16/100 FOR Part |
| 003880321488 MAR 16 #0000001035 $852.00 | 007370951844 MAR 18 #0000001036 $53.16 |
| **1037** — C & P AUTO SERVICE CENTER, INC. DATE 3/14/26 PAY TO THE ORDER OF NAPA $42.84 FORTY TWO AND 84/100 FOR INV 895663 Jesse Sanchez | **1038** — C & P AUTO SERVICE CENTER, INC. DATE 3/16/26 PAY TO THE ORDER OF NAPA $114.49 ONE HUNDRED FOURTEEN AND 49/100 FOR INV 895797 Jesse Sanchez |
| 006180437701 MAR 17 #0000001037 $42.84 | 004180438492 MAR 18 #0000001038 $114.49 |
| **1039** — C & P AUTO SERVICE CENTER, INC. DATE 3/17/26 PAY TO THE ORDER OF NAPA $104.38 ONE HUNDRED FOUR AND 38/100 FOR INV 895403 Jesse Sanchez | **1041** — C & P AUTO SERVICE CENTER, INC. DATE 3-18-26 PAY TO THE ORDER OF STEALTH SECURITY GROUP INC. $365.00 Three Hundred AND Sixty Five 00/100 |
| 004770006956 MAR 19 #0000001039 $104.38 | 009990248695 MAR 20 #0000001041 $365.00 |



**IMAGES** (continued)  ACCOUNT #  20278

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



004870387494 MAR 23 #0000001042 $40.18



005570876856 MAR 23 #0000001043 $300.00



007370036924 MAR 24 #0000001044 $180.00



009670673860 MAR 26 #0000001045 $72.00



002070875864 MAR 30 #0000001046 $32.05



001680005257 MAR 02 #0000060554 $693.14



008080048064 MAR 09 #0000060556 $984.41



008870597599 MAR 09 #0000060557 $693.14



005590128755 MAR 06 #0000060558 $688.85

009370981191 MAR 09 #0000060559 $984.41



# CHASE ⬡

IMAGES    (continued)                                    ACCOUNT #                    278

See both front and back images of cleared checks at Chase.com.  If you're not enrolled in this free service, please enroll now.



006470877635 MAR 16 #0000060560 $693.14



009370867494 MAR 13 #0000060561 $688.85



002580514286 MAR 13 #0000060562 $984.46



002080184500 MAR 23 #0000060563 $693.14



009870723968 MAR 20 #0000060564 $688.85



009180899835 MAR 24 #0000060565 $984.41



003880028848 MAR 30 #0000060566 $693.14

009370306619 MAR 27 #0000060567 $688.85



009890900590 MAR 30 #0000060568 $984.41