**Exhibit C**

**March 2026**

**Deposit Explanation**

# CHASE0

February 28, 2026 through March 31, 2026
Account Number:          )278

## (?EPOSITS AND ADDITIONSr-1

| DATE | ☐OON | AMOUNT |
|------|------|--------|
| 031()2 | C..'\l\i Purohase Return  *om7* O'Rell  6763 Crest Hill IL  Card 5059  *Parts Refund* | $80.59 |
| 03/02 | Garo Purohase Return   0V27 O'Reilly 6763 Crest Hill IL  Card 5059 | 22.00 |
| 03A12 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   CO Entry<br>Descr:Merch Setlsec:CCD   Trace:071000281258002 Eed:260302  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0611258002Tc   *Daily sales Deposits for Customer payments* | ‹3,666.96 |
| ()3!02 | Orig CO Name:Epx St 035762048      Orig ID:336      229 Desc Data:   CO Entry<br>**Descr:March** Setlsec:CCO  Trace#:O71000288614734 Ead:260302  Ind<br>ID:3130035762048          Ind Nama:Waber Swift Car Cara<br>Merch Seti Tm: 0618614734Tc | 1,996.03 |
| | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Dase Data:   CO Entry<br>Descr:Merch Setlsec:CCO  Trace#:O71000287849859 Ead:260303  Ind<br>ID:3130035762048          Ind Nama:Waber Swif1 Car Care<br>March Seti Tm: 0627849859Tc | 2,n2.sa |
| 03/03 | Online Transfer From O,k ...3757 Transaction#: 28288219042 | 550.00 |
| 03/04 | Card Purchase Return      03/03 O'Rail  6763 Crest Hill IL Card 5059  *Parts Refund* | 125.00 |
| 03/04 | Card Purchase Return      03103 O'Reilly 6763 Crest Hill IL Card 5059 | 33.28 |
| 03/04 | Purchase Return      03104 Mnrd-Crest Hill  Crest Hill IL  Card 5059 | 24.19 |
| 03/04 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   CO Entry<br>Descr.Merch Setlsec:CCD   Trace#:071000281162654 Eed:260304  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 06311162654Tc   *Daily sales Deposits for Customer payments* | ·4,023.79 |
| 03105 | Card Purchase Return   03/04 O'Reilly 6763 Crest Hill IL Card 5059  *Parts Refund* | 87.99 |
| 03/05 | Card Purchase Return   03/04 O'Reil  6763 Crest Hill IL  Card 5059 | 61.07 |
| 03/05 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   00 Entry<br>Descr:Merch Setlsec:CCD  Trace#:O71000281036021 Eed:260305  Ind<br>ID:3130035762048          Ind Name:Waber Swift Car Care  *Daily Sales Deposits for Customer Payments* | 1,835.76 |
| 03/06 | Card Purchase Return    03/05 O'Reilly 6763 Crest Hill IL Card 5059  *Parts Refund* | 31.98 |
| 03106 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   CO Entry<br>Descr:Merch Setlsec:CCD   Trace#:071000288513613 Eed:260306  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care  *Daily Sales Deposits for customer Payments* | 493.23 |
| 03/09 | Purchase Return      02/10 Ebay Commerce Inc. San Jose CA Card 5059  *Parts Refund* | 120.47 |
| 03/09 | Card Purchase Return   03/04 Menards Crest Hill IL Crest Hill IL Card 5059 | 86.39 |
| 03109 | Card Purchase Return   03106 O'Reil  6763 Crest Hill IL Card 5059 | 15.98 |
| 03/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   CO Entry<br>Descr.Merch Setlsec:CCD   Trace#:071000287489743 Eed:260309  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care  *Daily sales Deposits for customer Payments* | 3,277.53 |
| 03/09 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Desc Date:   CO Entry<br>Descr:Merch Setlsec:CCD   Trace#:071000284448700 Eed:260309  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Setl Tm: 0684448700Tc | 24.04 |
| 03/10 | Orig CO Name:Epx St 035762048      Orig ID:3362085229 Dase Date:   CO Entry<br>Descr:March Setlsec:CCD   Trace#:O71000282206154 Ead:26031O  Ind<br>ID:3130035762048          Ind Name:Weber Swift Car Care<br>Merch Seti Tm: 0692206154Tc | 1,142.22 |
| 03111 | Card Purchase Return   03110 O'Reill  6763 Crest Hill IL Card 5059  *Parts Return* | 366.89 |
| 03/11 | Card Purchase Return    03110 Samsclli> #8298 Joliet IL Card 5059 | 13.51 |
| 03111 | Orig CO Name:Epx St 035762048      Orig 10:3362085229 Desc Date:   CO Entry<br>**Descr:Merch** Setlsec:CCD Trace#:O71000289092204 Ead:2603t1  Ind<br>ID:3130035762048          Ind **Name:W☐er** Swift  r Care  *Daily sales Deposits for customer Payments* | 1,034.85 |
| 03/12 | Card Purchase Return   03/11 O'Reilly 6763 Crest Hill IL Card 5059  *parts Return* | 4.88 |

## CHASEO

February 28, 2026 through March 31, 2026
Account Number:                    )278

## | DEPOSITS AND ADDITIONS |( co nt lnu ed )

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/12 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1,111.10 |
| | Descr:Merch Setlsec:CCD   Trace#:071000289871526 Eed:260312  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0719671526Tc | *Daily Sales Deposits for customer Payments* | |
| 03/13 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1,899.01 |
| | Descr:Merch Setlsec:CCD   Trace#:071000288341845 Eed:260313  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0728341845Tc | | |
| 03/16 | Card Purchase Return    03/15 O'Reilly 6763 Crest Hill IL Card 5059 | *Parts Refund* | 97 85 |
| 03/16 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1,751.03 |
| | Descr:Merch Setlsec:CCD   Trace#:071000288811274 Eed:260316  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0758811274Tc | *Daily sales Deposits for Customer Payments* | |
| 03/16 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1,546.81 |
| | Descr:Merch Setlsec:CCD   Trace#:071000283366285 Eed:260316  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0753366285Tc | | |
| 03/17 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1193.93 |
| | Descr:Merch Setlsec:CCD   Trace#:071000287901082 Eed:260317  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0767901082Tc | | |
| 03/18 | ATM Check Deposit    03/18 399 S Weber Rd Romeoville IL Card 1987 | *Check Paid by* | 622.53 *customer* |
| 03/18 | Card Purchase Return   03/17 O'Reilly 6763 Crest Hill IL Card 5059 | *Parts Refund* | 212.18 |
| 03/18 | Card Purchase Return   03/17 O'Reilly 6763 Crest Hill IL Card 5059 | | 53.03 |
| 03/18 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 864.77 |
| | Descr:Merch Setlsec:CCD   Trace#:071000284372155 Eed:260318  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0774372155Tc | *Daily Sales Deposits for Customer payments* | |
| 03/19 | Card Purchase Return   03/18 O'Reilly 6763 Crest Hill IL Card 5059 | *Parts Refund* | 89.95 |
| 03/19 | Card Purchase Return   03/18 O'Reill 6763 Crest Hill IL Card 5059 | | 18.09 |
| 03/19 | Card Purchase Return   03/18 O'Reilly 6763 Crest Hill IL Card 5059 | | 15.45 |
| 03/19 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:  CO Entry | | 4,498.60 |
| | Descr:Merch Setlsec:CCD  Trace#:071000281972248 Eed:260319 Ind | | |
| | ID:3130035762048         Ind Nam, eber Swift Car Care | *Sales Deposits for Customer payments* | |
| | Merch Setl Tm: 0781972248Tc | | |
| 03/20 | Card Purchase Return    03/19 O'Reilly 6763 Crest Hill IL Card 5059 | *Parts Refund* | 106.86 |
| 03/20 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 3,263.38 |
| | Descr:Merch Setlsec:CCD  Trace#:071000284868699 Eed:260320  Ind | | |
| | 10:3130035762048         Ind N  e-Weber S• t C r Care | *.u,v"f-5* | |
| 03/23 | Orig CO Name:Epx St 035762048    Orig  :3362085229 Desc te:   CO Entry | | ,228.43 |
| | Descr:Merch Setlsec:CCD  Trace#:071000288222668 Eed:260323  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0828222668Tc | | |
| 03/23 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 1,112.11 |
| | Descr:Merch Setlsec:CCD   Trace#:071000280933498 Eed:260323  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0820933498Tc | | |
| 03/24 | Card Purchase Return   03/23 O'Reill 6763 Crest Hill IL Card 5059 | *Parts Refund* | 129.60 |
| 03/24 | Purchase Return       02/24 Eba  Commerce Inc. San Jose CA Card 5059 | | 66.99 |
| 03/24 | Card Purchase Return   03/23 O'Reill 6763 Crest Hill IL Card 5059 | | 25.00 |
| 03/24 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 22,724.50 |
| | Descr:Merch Setlsec:CCD   Trace#:071000283559010 Eed:260324  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | *Daily Sales Deposits for Customer payments* | |
| | Merch Setl Tm: 0833559010Tc | | |
| 03/25 | Orig CO Name:Epx St 035762048     Orig ID:3362085229 Desc Date:     CO Entry | | 3,447.55 |
| | Descr:Merch Setlsec:CCD   Trace#:071000288251479 Eed:260325  Ind | | |
| | ID:3130035762048         Ind Name:Weber Swift Car Care | | |
| | Merch Setl Tm: 0848251479Tc | | |

# CHASEO

Februll)' 28, 2028 through March 31, 2026

MCoUnt Number:  0278

## DEPOSITS AND ADDITIONS1-I(_co_ntlt_7ued_1

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26 | ATM Check Deposit    03/26 399 S Weber Rd Romeoville IL Card 1987 *Checks paid by* | 639.17 *Customer* |
| 03/26 | ATM Cash Deposit    03/26 399 S Weber Rd Romeoville IL Card 1987 *Customer paid* | 200.00 *Cash* |
| 03/26 | Card Purchase Return    03/25 O'Reilly 6763 Crest Hill IL Card 5059 *Parts Refund* | 51.80 |
| 03/26 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry | 430.57 |
| | Descr:Merch Setlsec:CCD    Trace#:071000284072765 Eed:260326  Ind | |
| | ID:3130035762048    Ind Name:Weber Swift Car Care | |
| | Merch Setl Tm: 0854072765Tc  *Daily Sales Deposits for Customer Payments* | |
| 03/27 | Orig CO Name:Ei.)x St 035762048    Orig I. 2085229 Desc Da e:    CO Entry | 160.72 |
| | Descr:Merch Setfsec:CCD    Trace#:071000280975844 Eed:260327  Ind | |
| | 10:3130035762048    Ind Name:Weber Swift Car Care | |
| | March Seti Tm: 0860975844Tc | |
| 03/30 | Card Purchase Return    03/28 O'Reil  6763 Crest Hill IL Card 5059  *Parts Refund* | 40.00 |
| 03/30 | Card Purchase Return    03/27 O'Reill  6763 Crest Hill IL Card 5059 | 39.99 |
| 03/30 | Card Purchase Return    03/27 O'Reil  6763 Crest Hill IL Card 5059 | 13.70 |
| 03/30 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry | 1,124.43 |
| | Descr:Merch Setlsec:CCD    Trace#:071000289453819 Eed:260330  Ind | |
| | ID:3130035762048    Ind Name:Weber Swift Car Care | |
| | Merch Setl Tm: 0899453819Tc  *Daily Sales Deposits for Customer Payments* | |
| OS/30 | Orig CO Name:Epx St 035762048    0 'ID:3362085229 Dase te:    CO Entry | 250.37 |
| | Descr:Merch Setlsec:CCO    Trace#:071000282662994 Eed:260330  Ind | |
| | ID:3130035762048    Ind Name:Weber Swift Car Care | |
| | Merch Seti Tm: 0892662994Tc | |
| OS/31 | Card Purchase Return    03/30 O'Reilly 6763 Crest Hill IL Card 5059 *Parts Refund* | 80.00 |
| OS/31 | Orig CO Name:Epx St 035762048    Orig ID:3362085229 Desc Date:    CO Entry | 971.44 |
| | Descr:Merch Setlsec:CCD    Trace#:071000285971103 Eed:260331  Ind | |
| | ID:3130035762048    Ind Name:Weber Swift Car Care | |
| | Merch Setl Tm: 0905971103Tc  *Daily Sales Deposits for Customer Payments* | |

**Total Deposits and Additions**                                       **$51,072.07**

## CHECKS PAID

| CHECK NO. | DE'SCRPTION | DATE PAID | AMOIJIIT |
|-----------|-------------|-----------|----------|
| 138 " | | 03/02 | S3,000.00 |
| 1027 ." | | 03/02 | 128.99 |
| 1028 " | | 03/02 | 20.22 |
| 1029 " | | 03/04 | 506.00 |
| 1030 " | | 03/09 | 39'2.00 |
| 1031 " | | 03/12 | 193.49 |
| 1032 " | | 03/12 | 204.81 |
| 1034 ." | | 03/12 | 36.76 |
| 1035 " | | 03'16 | 852.00 |
| 1036 " | | 03118 | 53.16 |
| 1037 " | | 03/17 | 42.84 |
| 1038 " | | 03'18 | 114.49 |
| 1039 " | | 03'19 | 104.38 |
| 1041 ." | | 03'20 | 365.00 |
| 1042 11 | | 03'23 | 40.18 |
| 1043 11 | | 03/23 | 300.00 |
| 1044 11 | | 03/24 | 180.00 |
| 1045 11 | | 03/26 | 72.00 |
| 1046 11 | | 03/30 | 32.05 |
| 60554 •11 | | 03/02 | 693.14 |
| 60556 •л | | 03/09 | 984.41 |