**Exhibit D**

**March 2026**

**Check Details**

**MARCH**     **2026**     **CHECKS**     **WRITTEN**

| DATE | CHECK# | TO: | AMOUNT | FOR |
|---|---|---|---|---|
| 03/02/26 | 1027 | Napa | $128.99 | Auto parts store |
| 03/02/26 | 1028 | Napa | $20.22 | Auto parts store |
| 03/02/26 | 60554 | Alan Guzino | $693.14 | Employee payroll |
| 03/02/26 | 138 | Byline Bank | $3,000.00 | Equiptment payment |
| 03/04/26 | 1029 | K & M | $506.00 | Tire supplier |
| 03/06/26 | 60558 | Ryan Orden | $688.85 | Employee payroll |
| 03/09/26 | 60559 | Jesus Sanchez Jr. | $984.41 | Employee payroll |
| 03/09/26 | 60556 | Jesus Sanchez Jr. | $984.41 | Employee payroll |
| 03/09/26 | 60557 | Alan Guzino | $693.14 | Employee payroll |
| 03/09/26 | 1030 | K & M | $392.00 | Tire supplier |
| 03/12/26 | 1032 | Napa | $204.81 | Auto parts store |
| 03/12/26 | 1031 | Sergio Sanchez | $193.49 | IT Computer Service |
| 03/12/26 | 1034 | Westmont Porsche | $36.76 | Auto parts dealer |
| 03/13/26 | 60562 | Jesus Sanchez Jr. | $984.46 | Employee payroll |
| 03/13/26 | 60561 | Ryan Orden | $688.85 | Employee payroll |
| 03/16/26 | 1035 | K & M | $852.00 | Tire supplier |
| 03/16/26 | 60560 | Alan Guzino | $693.14 | Employee payroll |
| 03/17/26 | 1037 | Napa | $42.84 | Auto parts store |
| 03/18/26 | 1038 | Napa | $114.49 | Auto parts store |
| 03/18/26 | 1036 | Advance Auto Parts | $53.16 | Auto parts store |
| 03/19/26 | 1039 | Napa | $104.38 | Auto parts store |
| 03/20/26 | 60564 | Ryan Orden | $688.85 | Employee payroll |
| 03/20/26 | 1041 | Stealth Security Group | $365.00 | Alarm Unit |
| 03/23/26 | 60563 | Alan Guzino | $693.14 | Employee payroll |
| 03/23/26 | 1043 | Crest Hill Transmission | $300.00 | Auto parts dealer |
| 03/23/26 | 1042 | Tyson Motors | $40.18 | Auto parts dealer |
| 03/24/26 | 1044 | Javier Valades | $180.00 | Computer programing |
| 03/24/26 | 60565 | Jesus Sanchez Jr. | $984.41 | Employee payroll |
| 03/26/26 | 1045 | K & M | $72.00 | Tire supplier |
| 03/27/26 | 60567 | Ryan Orden | $688.85 | Employee payroll |
| 03/30/26 | 60568 | Jesus Sanchez Jr. | $984.41 | Employee payroll |
| 03/30/26 | 60566 | Alan Guzino | $693.14 | Employee payroll |
| 03/30/26 | 1046 | Tyson Motors | $32.05 | Auto parts store |